Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004
TELEPHONE 602.229.5200

Attorneys for Defendant OneWest Bank,
National Association
John Maston O'Neal (#015945)
john.oneal@quarles.com
Krystal Aspey Fleischmann (#026609)
krystal.fleischmann@quarles.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DAVID E. HOUGH and MONICA R. QUINTANA-HOUGH, husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>ONE WEST BANK, FSB; BANK OF AMERICA, N.A.; and JOHN DOES and JANE DOES I-X; WHITE PARTNERSHIPS I-X; BLACK CORPORATIONS I-X; and RED LIMITED LIABILITY COMPANIES I-X,<br><br>Defendants. | NO. _____<br><br>(formerly Maricopa County Superior Court Case No. CV2014-000366)<br><br>**NOTICE OF REMOVAL** |

Defendant OneWest Bank, National Association, formerly known as OneWest Bank, FSB ("OneWest" or "Defendant") hereby gives notice of removal of the civil action captioned *David E. Hough and Monica R. Quintana-Hough v. OneWest Bank, FSB, et al.*, CV2014-000366, from the Superior Court, Maricopa County, Arizona to the United States District Court for the District of Arizona. Defendant files this notice pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and L.R. Civ. 3.7.

As grounds for removal of this action, Defendant states as follows:

1. Defendant was served with the complaint in this matter (the "Complaint")

QB\136701.00256\25349262.1

1  on February 18, 2014. Undersigned counsel verifies that a complete copy of the filings in the State Court Action, which her law firm obtained from the Arizona Superior Court, Maricopa County, is attached hereto as **Exhibit "A."** A copy of such verification is attached hereto as **Exhibit "B."**

2. Defendant Bank of America, N.A., was dismissed from this action with prejudice prior to it filing an answer via a "Notice of Voluntary Dismissal of Defendant Bank of America, N.A. with Prejudice" dated February 25, 2014. *See* Ariz. R. Civ. P. 41(a)(1). Therefore, its consent to the removal of his action is not required. A copy of such Notice is attached hereto as **Exhibit "C."**

3. This Notice of Removal is filed within thirty (30) days of service of process on Defendant.

4. Defendant hereby reserves all defenses, including defenses based upon lack of personal jurisdiction.

5. Plaintiffs' Complaint is removable under 28 U.S.C. § 1331 as it involves claims for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b)(1) and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, which arise under the Constitution, laws, or treaties of the United States. *See Nichols v. Bosco*, 2010 WL 4102892, *1-2 (D. Ariz. 2010).

6. As a result of the federal question, the Court has supplemental jurisdiction over the remaining state law claim, Declaratory Judgment, pursuant to 28 U.S.C. § 1367, because it forms part of the same case or controversy.

7. Therefore, jurisdiction is proper in this Court based on 28 U.S.C. § 1331.

8. Complete diversity of citizenship also exists between the parties; however, the amount in controversy is not apparent from the face of Plaintiffs' Complaint. Defendant thereby reserves it right to remove this case pursuant to 28 U.S.C. § 1332(a) if it is discovered that this controversy exceeds the sum of $75,000, exclusive of interest and costs.

9. Written notice of the filing of this Notice has been delivered to all parties

1  through their counsel of record.  A copy of this Notice of Removal has been filed with the
2  Clerk of the Court of the Superior Court, Maricopa County, Arizona.  The Notice of
3  Removal filed in the Superior Court is attached hereto as **Exhibit "D."**
4       RESPECTFULLY SUBMITTED this 20th day of March, 2014.

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004


By */s/ Krystal Aspey Fleischmann*
   John Maston O'Neal
   Krystal Aspey Fleischmann

   Attorneys for Defendant OneWest Bank,
   National Association

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and delivered a copy of the foregoing via United States Mail to the following:

Christopher J. Charles
David W. Degnan
Davis Miles McGuire Gardner
80 East Rio Salado Parkway, Suite 401
Tempe, Arizona 85281
*Attorneys for Plaintiffs*

                                                                               /s/     *Angelina Chavez*