| | |
|---|---|
| 1 | **Quarles & Brady** LLP |
| | Firm State Bar No. 00443100 |
| 2 | Renaissance One |
| | Two North Central Avenue |
| 3 | Phoenix, Arizona 85004 |
| | TELEPHONE 602.229.5200 |
| 4 | Attorneys for Defendant OneWest Bank, National Association |
| 5 | John Maston O'Neal (#015945) |
| | john.oneal@quarles.com |
| 6 | Krystal Aspey Fleischmann (#026609) |
| | krystal.fleischmann@quarles.com |

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| DAVID E. HOUGH and MONICA R. QUINTANA-HOUGH, husband and wife, | NO. CV2014-000366 |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| ONE WEST BANK, FSB; BANK OF AMERICA, N.A.; and JOHN DOES and JANE DOES I-X; WHITE PARTNERSHIPS I-X; BLACK CORPORATIONS I-X; and RED LIMITED LIABILITY COMPANIES I-X, | Assigned to the Honorable J. Richard Gama |
| Defendants. | |

Please take notice that on March 20, 2014, Defendant OneWest Bank, National Association, formerly known as OneWest Bank, FSB ("OneWest") filed for removal of this case to the United States District Court for the District of Arizona, which completes the removal of Plaintiffs' action number CV2014-000366, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. A copy of the Notice of Removal (without exhibits) is attached hereto as Exhibit "A".

Therefore, OneWest having taken all steps to effect removal of this case, this Court

QB\136701.00256\25339050.1

may proceed no further unless or until the case is remanded by Order of the United States District Court. *See* 28 U.S.C. § 1446(d).

OneWest further certifies that Plaintiffs have been notified of this removal and served with a copy of the Notice of Removal.

RESPECTFULLY SUBMITTED this 20th day of March, 2014.

> QUARLES & BRADY LLP
> Renaissance One
> Two North Central Avenue
> Phoenix, Arizona 85004
>
>
> By */s/ Krystal Aspey Fleischmann*
> John Maston O'Neal
> Krystal Aspey Fleischmann
>
> Attorneys for Defendant OneWest Bank, National Association

**ORIGINAL** of the foregoing electronically filed with the Clerk of the Maricopa County Superior Court this 20th day of March, 2014.

**COPIES** of the foregoing mailed this 20th day of March, 2014, to:

Christopher J. Charles
David W. Degnan
Davis Miles McGuire Gardner
80 East Rio Salado Parkway, Suite 401
Tempe, Arizona 85281
*Attorneys for Plaintiffs*


*/s/ Angelina Chavez*

## Chavez, Angelina (PHX x3721)

| | |
|---|---|
| **From:** | TurboCourt Customer Service [CustomerService@TurboCourt.com] |
| **Sent:** | Thursday, March 20, 2014 1:10 PM |
| **To:** | Chavez, Angelina (PHX x3721) |
| **Subject:** | E-Filing Status: Form Set # 1087952 Delivered |

PLEASE DO NOT REPLY TO THIS EMAIL.

AZTurboCourt Form Set # 1087952 has been DELIVERED to Maricopa County Superior Court.

You will be notified when your documents have been processed by the court.

You MUST log in and check your filing status online at http://turbocourt.com/.

Here are your filing details:
Case Number: CV2014-000366 (Note: If this filing is for case initiation, you will receive a separate notification when the case # is assigned.)
Case Title: Hough, Et.Al. Vs. One West Bank F S B, Et.Al.
Filed By: Angelina Chavez
AZTurboCourt Form Set: #1087952
Keyword/Matter #: 136701.00256
Delivery Date and Time: Mar 20, 2014 1:10 PM MST

Forms:
Summary Sheet (This summary sheet will not be filed with the court. This sheet is for your personal records only.)

Attached Documents:
Notice of Removal to Federal Court: Notice of Removal

Fees Paid:

Total Filing Fees: $0.00
Application Fee: $6.00
Total Amount Paid: $6.00

If you have questions about your filing, please contact AOC Support Services, phone number 602-452-3519 or 1-800-720-7743, or e-mail support@courts.az.gov. Please have your AZTurboCourt Form Set # available.

To view the link above:
Click on the link OR
1) Highlight the website address "URL" above, then Right Click on highlighted "URL" and select Copy.
2) Open a NEW internet browser window.
3) Right Click inside the address field in the new internet browser window and select Paste.

Thank you for using TurboCourt!

1