Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
02/25/2014 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2014-000366                                    02/24/2014

CLERK OF THE COURT
HONORABLE J. RICHARD GAMA                         J. Polanco
Deputy

DAVID E HOUGH, et al.                    DAVID W DEGNAN

v.

ONE WEST BANK F S B, et al.              ONE WEST BANK F S B
                                         NO ADDRESS ON RECORD


                                         ERIC M MOORES


### EXTEND TIME FOR FILING GRANTED

The Court has received the parties' Stipulation for Extension of Time to Respond to Complaint, filed on February 18, 2014. Accordingly,

**IT IS ORDERED** approving the parties' Stipulation and extending the time for Bank of America, N.A. to file a response to Plaintiffs' Complaint to March 4, 2014, all in accordance with the formal written Order signed by the Court on February 21, 2014, and filed (entered) by the Clerk on February 24, 2014.

**Please note**: The Court has signed a hard-copy version of the order provided with an electronically filed pleading. Therefore, copies of the order and self-addressed, stamped envelopes were not available for mailing to the parties. After the order has been scanned and docketed by the Clerk of Court, copies of this order may be available through ECR Online at clerkofcourt.maricopa.gov or through AZTurboCourt.gov and from the Public Access Terminals at the Clerk of Court's offices located throughout Maricopa County.

Effective April 15, 2014 new civil rules and forms are in effect for managing cases moving to trial. Be sure to review the new Civil Rules 16, 26, 37, 38, 72 through 74 and 77.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2014-000366                                    02/24/2014


ALERT:  The Arizona Supreme Court Administrative Order 2011-140 directs the Clerk's Office not to accept paper filings from attorneys in civil cases.  Civil cases must still be initiated on paper; however, subsequent documents must be eFiled through AZTurboCourt unless an exception defined in the Administrative Order applies.

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
E. Hailes, Deputy
2/25/2014 10:42:00 AM
Filing ID 5726905

# Davis Miles

## McGuire Gardner
SOLUTIONS | RELATIONSHIPS

80 East Rio Salado Parkway, Suite 401
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
E-mail: efile.dockets@davismiles.com
Christopher J. Charles, SBN 023148
David W. Degnan, SBN 027422
*Attorneys for Plaintiffs*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| DAVID E. HOUGH and MONICA R. QUINTANA-HOUGH, husband and wife, | **CASE NO. CV2014-000366** |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A. WITH PREJUDICE** |
| vs. | |
| ONE WEST BANK, FSB; BANK OF AMERICA, N.A.; and JOHN DOES and JANE DOES I-X; WHITE PARTNERSHIPS I-X; BLACK CORPORATIONS I-X; and RED LIMITED LIABILITY COMPANIES I-X, | |
| Defendants. | |

Plaintiffs David E. Hough and Monica R. Quintana-Hough, by and through their undersigned counsel, and pursuant to Rule 41(a), ARIZONA RULES OF CIVIL PROCEDURE, hereby file their Notice of Voluntary Dismissal of Defendant Bank of America, N.A. with Prejudice.

Said notice is being filed prior to the filing of an Answer or of a Motion for Summary Judgment, by Defendant Bank of America, N.A.

RESPECTFULLY SUBMITTED this _25th_ day of February, 2014.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

Christopher J. Charles
David W. Degnan
80 E. Rio Salado Parkway, Suite 401
Tempe, AZ 85281
*Attorneys for Plaintiffs*

COPY e-filed with AZTurbo Court
this _25th_ day of February, 2014.

COPIES served as indicated this
_25th_ day of February, 2014, to:

Hon. Richard J. Gama                    [AZTurbo Court]
Maricopa County Superior Court
Central Court Building
201 W. Jefferson, Suite 701
Phoenix, AZ 85003-2243

Eric M. Moores, Esq.                    [E-mail to: moorese@bryancave.com]
Bryan Cave, LLP
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
*Attorney for Defendant Bank of America, N.A.*

OneWest Bank, FSB                       [First Class Mail]
Attn: Yanett Salazar
888 E. Walnut Street
Pasadena, CA 91101

1  BRYAN CAVE LLP, #145700
   Sean K. McElenney, 016987
2  Eric M. Moores, 028280
   Two N. Central Avenue, Suite 2200
3  Phoenix, AZ 85004-4406
   Telephone:   (602) 364-7000
4  Facsimile:   (602) 364-7070
   E-Mail:       skmcelenney@bryancave.com
5                moorese@bryancave.com

6  Attorneys for Defendant Bank of America

FEB 2 4 2014 FILED 9:30 a.m.
MICHAEL K. JEANES, Clerk
By J. Polanco
J. Polanco, Deputy

7

8          IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

9            IN AND FOR THE COUNTY OF MARICOPA

10  DAVID E. HOUGH and MONICA R.            No. CV2014-000366
    QUINTANA-HOUGH, husband and wife,
11
                                            **ORDER GRANTING**
12          Plaintiffs,                      **STIPULATION FOR**
                                            **EXTENSION OF TIME TO**
13      v.                                   **RESPOND TO COMPLAINT**

    ONE WEST BANK, FSB; BANK OF
14  AMERICA, N.A.; and JOHN DOES and
    JANE DOES I-X; WHITE PARTNERSHIPS        (Hon. J. Richard Gama)
15  I-X; BLACK CORPORATIONS I-X; and
    RED LIMITED LIABILITY COMPANIES I-
16  X,

17          Defendants.

18

19       The Court has considered Plaintiffs David E. Hough and Monica R. Quintana-

20  Hough ("Plaintiffs") and Defendant Bank of America, N.A.'s ("BANA's") Stipulation for

21  Extension of Time to Respond to Complaint, and good cause appearing,

22       IT IS HEREBY ORDERED that BANA shall have until **March 4, 2014** to file its

23  response to Plaintiffs' Complaint.

24       DATED this  21  day of  FEBRUARY , 2014.

25

26                                  J. Richard Gama, Judge
                                    Maricopa County Superior Court
27

28

755089.1\0365142

MICHAEL K. JEANES, CLERK
BY
*M. Beinard*
FILED

**14 FEB 21 PM 4: 38**



80 East Rio Salado Parkway, Suite 401
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
E-mail: efile.dockets@davismiles.com
Christopher J. Charles, SBN 023148
David W. Degnan, SBN 027422
*Attorneys for Plaintiffs*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| DAVID E. HOUGH and MONICA R. QUINTANA-HOUGH, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ONE WEST BANK, FSB.; BANK OF AMERICA, N.A.; and JOHN DOES and JANE DOES I-X; WHITE PARTNERSHIPS I-X; BLACK CORPORATIONS I-X; and RED LIMITED LIABILITY COMPANIES I-X,<br><br>Defendants. | CASE NO. CV2014-000366<br><br>**SUMMONS FOR ONE WEST BANK, FSB**<br><br>If you would like legal advice from a lawyer, contact the Lawyer Referral Service at 602-257-4434<br>or<br>www.maricopalawyers.org<br>Sponsored by the<br>Maricopa County Bar Association |

THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANT:

**ONE WEST BANK, FSB**
**8905 S. Beck Avenue**
**Tempe, AZ 85284**

YOU ARE HEREBY SUMMONED and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and

1

defend within twenty (20) days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona--whether by direct service, by registered or certified mail, or by publication--you shall appear and defend within thirty (30) days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of forty (40) days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete thirty (30) days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete thirty (30) days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete thirty (30) days after filing the Affidavit of Compliance and return receipt or Officer's Return. RCP 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiffs' attorneys. RCP 10(d); A.R.S. § 12-311; RCP 5.

REQUESTS for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least three (3) judicial days in advance of a scheduled court proceeding.

The names and address of Plaintiffs' attorneys are:

**DAVIS MILES MCGUIRE GARDNER, PLLC**
**Christopher J. Charles, Esq. & David W. Degnan, Esq.**
**80 E. Rio Salado Parkway, Suite 401**
**Tempe, AZ 85281**
**Tel. (480) 733-6800**

MICHAEL K. JEANES, CLERK

SIGNED AND SEALED this date: JAN 1 0 2014

By: _____
Deputy Clerk

J. Kiraly
Deputy Clerk

2

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
M. Paigen, Deputy
2/10/2014 2:51:00 PM
Filing ID 5701037

# Davis Miles
## McGuire Gardner
SOLUTIONS | RELATIONSHIPS

80 East Rio Salado Parkway, Suite 401
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
E-mail: efile.dockets@davismiles.com
Christopher J. Charles, SBN 023148
David W. Degnan, SBN 027422
*Attorneys for Plaintiffs*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| DAVID E. HOUGH and MONICA R. QUINTANA-HOUGH, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ONE WEST BANK, FSB; BANK OF AMERICA, N.A.; and JOHN DOES and JANE DOES I-X; WHITE PARTNERSHIPS I-X; BLACK CORPORATIONS I-X; and RED LIMITED LIABILITY COMPANIES I-X,<br><br>Defendants. | CASE NO. CV2014-000366<br><br>**NOTICE OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT BANK OF AMERICA, N.A.** |

PLEASE take notice that, Plaintiffs David E. Hough and Monica R. Quintana-Hough (the "Houghs") have filed on this date with the Clerk of the Maricopa County Superior Court, an Application for Entry of Default Against Defendant Bank of America, N.A. (the "Application"), and a supporting Affidavit of Default and Entry of Default (the "Affidavit").

Copies of the Application and the Affidavit are respectively attached hereto at Exhibit "A" and Exhibit "B", and served upon you herewith, pursuant to which the Clerk of the Court has been requested to enter the default of Defendant BANK OF AMERICA, N.A., for its failure to plead or to otherwise defend the Complaint in this action, within the time required by the ARIZONA RULES OF CIVIL PROCEDURE.

You are further advised that the default of Defendant BANK OF AMERICA, N.A. shall become effective unless such Defendant pleads, or otherwise defends prior to the expiration of ten (10) days from the date hereof.

DATED this ___10___ day of February, 2014.

DAVIS MILES MCGUIRE GARDNER, PLLC

_____
Christopher J. Charles
David W. Degnan
80 E. Rio Salado Parkway, Suite 401
Tempe, AZ 85281
*Attorneys for Plaintiffs*

COPY e-filed with AZTurbo Court this ___10th___ day of February, 2014.

COPIES served as indicated this ___10th___ day of February, 2014, to:

Hon. Richard J. Gama                    [AZTurbo Court]
Maricopa County Superior Court
Central Court Building
201 W. Jefferson, Suite 701
Phoenix, AZ 85003-2243

Bank of America, N.A.                    [First Class Mail]
Attn: Jonathon Shanahan, Manager
699 S. Mill Avenue, Suite 101
Tempe, AZ 85281-3674
*Defendant Pro Per*

# Exhibit 1

MICHAEL K. JEANES, CLERK
RECEIVED SE
OUTSIDE DEPOSITORY

14 JAN 17  PM 12: 52

IN THE SUPERIOR COURT, OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA
CASE NUMBER: CV2014-000366

DAVID E. HOUGH and MONICA R.
QUINTANA-HOUGH, husband and wife,

                                            DECLARATION OF SERVICE

                    PLAINTIFFS

        VS.

ONE WEST BANK, FSB; BANK OF AMERICA, N.A.
AND JOHN DOES and JANE DOES I-X; WHITE
PARTNERSHIPS I-X; BLACK CORPORATIONS I-X;
And RED LIMITED LIABILITY COOMPANIES I-X,

                    DEFENDANTS

WAYNE LAMB, being first duly sworn, deposes and states that he is fully qualified to serve
process in this cause, having been so appointed by the Court. That he received a SUMMONS
AND VERIFIED COMPLAINT, CERTIFICATE OF ARBITRAITON from the PLAINTIFF.
That a true copy of the aforementioned documents were served upon.

UPON: BANK OF AMERICA
BY SERVING: JONATHON SHANAHAN-Manager/and stated duly auth to accept service

___in person _____Being of suitable age residing at their usual place of abode.
XXDuly auth to accept service at the place of business
DATE AND TIME: 1/15/14  2:22 PM   XXBUSINESS       ___ABODE
ADDRESS: 699 S. MILL AVE #101 TEMPE, AZ.

_____
WAYNE LAMB                         AFFIANT
LICENSED PROCESS SERVER            MARICOPA

                              SERVICE     $16.00
                              MILES       $31.00
                              DOC PREP    $ 8.00
                              TOTAL       $55.00

                ARIZONA PROCESS SERVICE
                      P.O. BOX 26782
                    TEMPE, AZ. 85285

Exhibit "B"

# Davis Miles
## McGuire Gardner
SOLUTIONS | RELATIONSHIPS

80 East Rio Salado Parkway, Suite 401
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
E-mail: efile.dockets@davismiles.com
Christopher J. Charles, SBN 023148
David W. Degnan, SBN 027422
*Attorneys for Plaintiffs*

DRAFT

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| DAVID E. HOUGH and MONICA R. QUINTANA-HOUGH, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ONE WEST BANK, FSB; BANK OF AMERICA, N.A.; and JOHN DOES and JANE DOES I-X; WHITE PARTNERSHIPS I-X; BLACK CORPORATIONS I-X; and RED LIMITED LIABILITY COMPANIES I-X,<br><br>Defendants. | CASE NO. CV2014-000366<br><br>**AFFIDAVIT ON DEFAULT**<br>**– AND –**<br>**ENTRY OF DEFAULT AGAINST DEFENDANT BANK OF AMERICA, N.A.** |

**NOTICE TO DEFENDANT: THIS IS AN IMPORTANT COURT DOCUMENT.** When this document is properly completed and filed, Default has been applied for and entered. The Default will be effective 10 days after the filing of this completed document, unless the Defendant files an Answer/Response or otherwise defends before the ten-day period expires.

STATE OF ARIZONA     )
                     ) ss.
County of Maricopa   )

I, Christopher J. Charles, first being duly sworn, state under oath that:

1.     Christopher J. Charles, attorney for Plaintiffs David E. Hough and Monica R. Quintana-Hough (the "Houghs"), herein file this affidavit to comply with Rule 55, ARIZONA RULES OF CIVIL PROCEDURE.

2.     I have served Defendant Bank of America, N.A. ("B of A") according to Arizona law, with the Summons and Complaint in this case. B of A was personally served by a process server and the Declaration of Service was filed with the Court. A copy of the Declaration of Service is attached hereto at **Exhibit 1**.

3.     B of A has failed to plead or otherwise defend within the time prescribed by the ARIZONA RULES OF CIVIL PROCEDURE.

4.     I verify that B of A is not an infant, incompetent, and is not engaged in any active military service of the United States, or otherwise waived their rights under the Soldier's and Sailor's Civil Relief Act.

5.     The accompanying Application for Entry of Default Against Defendant Bank of America, N.A. (the "Application") is made for the purpose of requesting entry of default against the above-listed Defendant, because no Answer or other responsive pleading has been filed with regard to the Complaint, within the time required by law.

6.     Notice is hereby given that the Houghs are requesting the entry of a default judgment against B of A.

7.     On the date of this Affidavit, a copy of the Application and the Affidavit on Default and Entry of Default was sent by first class mail, postage prepaid to:

Bank of America, N.A.
Attn: Jonathon Shanahan, Manager
699 S. Mill Avenue, Suite 101
Tempe, AZ 85281-3674

**NOTE: If the party claimed to be in default fails to file a responsive pleading or otherwise defend in this action within 10 days of the filing of this Application, the default judgment will be entered against that party.**

I, Christopher J. Charles, Esq. of Davis Miles McGuire Gardner, PLLC, declare under penalty of perjury that the foregoing is true and correct.

DATED this _____ day of February, 2014.

DRAFT

_____
Christopher J. Charles

SUBSCRIBED and SWORN (or AFFIRMED) this _____ day of February, 2014, by Christopher J. Charles.

DRAFT

_____
Notary Public

My commission expires:

_____

1  COPY e-filed with AZTurbo Court
   this _____ day of February, 2014.
2

3  COPIES served as indicated this
   _____day of February, 2014, to:
5

6  Hon. Richard J. Gama                          [AZTurbo Court]
   Maricopa County Superior Court
7  Central Court Building
   201 W. Jefferson, Suite 701
8  Phoenix, AZ 85003-2243

9

10 Bank of America, N.A.                         [First Class Mail]
   Attn: Jonathon Shanahan, Manager
11 699 S. Mill Avenue, Suite 101
   Tempe, AZ 85281-3674
12 *Defendant Pro Per*

13 DRAFT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit "A"

**Davis Miles**

**McGuire Gardner**
SOLUTIONS | RELATIONSHIPS

80 East Rio Salado Parkway, Suite 401
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
E-mail: efile.dockets@davismiles.com
Christopher J. Charles, SBN 023148
David W. Degnan, SBN 027422
*Attorneys for Plaintiffs*

**DRAFT**

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| DAVID E. HOUGH and MONICA R. QUINTANA-HOUGH, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ONE WEST BANK, FSB; BANK OF AMERICA, N.A.; and JOHN DOES and JANE DOES I-X; WHITE PARTNERSHIPS I-X; BLACK CORPORATIONS I-X; and RED LIMITED LIABILITY COMPANIES I-X,<br><br>Defendants. | CASE NO. CV2014-000366<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT BANK OF AMERICA, N.A.** |

NOTICE IS HEREBY GIVEN that Plaintiffs David E. Hough and Monica R. Quintqana-Hough (the "Houghs") are requesting the entry of a default judgment against Defendant Bank of America, N.A.

In support of this Application, the Houghs have contemporaneously herewith filed an Affidavit of Default and Entry of Default.

Pursuant to Rule 55(a), ARIZONA RULES OF CIVIL PROCEDURE, the Houghs have mailed a copy of this Application to the party claimed to be in default.

**NOTE: If the party claimed to be in default fails to file a responsive pleading or otherwise defend in this action within ten (10) days of the filing of this Application, the default judgment will be entered against that party.**

DATED this _____ day of February, 2014.

DAVIS MILES MCGUIRE GARDNER, PLLC

DRAFT

Christopher J. Charles
David W. Degnan
80 E. Rio Salado Parkway, Suite 401
Tempe, AZ 85281
*Attorneys for Plaintiffs*

COPY e-filed with AZTurbo Court
this _____ day of February, 2014.

COPIES served as indicated this
_____ day of February, 2014, to:

Hon. Richard J. Gama                              [AZTurbo Court]
Maricopa County Superior Court
Central Court Building
201 W. Jefferson, Suite 701
Phoenix, AZ 85003-2243

Bank of America, N.A.
Attn: Jonathon Shanahan, Manager
699 S. Mill Avenue, Suite 101
Tempe, AZ 85281-3674
*Defendant Pro Per*

DRAFT

[First Class Mail]

ORIGINAL

| *Attorney or Party without Attorney:* Law Offices Of: Davis Miles Mcguire Gardner 80 EAST RIO SLADO PARKWAY, STE.401 TEMPE, AZ 85281 *Telephone No:* 480-733-3748 | | | *For Court Use Only:* MICHAEL K. JEANES, CLERK BY *M. Guion* DEP FILED 14 FEB.21 PM 4:38 |
|---|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | | |

| *Insert name of Court, and Judicial District and Branch Court:* MARICOPA COUNTY SUPERIOR COURT |
|---|
| *Plaintiff:* DAVID E. HOUGH AND MONICA R. QUINTANA-HOUGH, HUSBAND AND WIFE |
| *Defendant:* ONE WEST BANK, FSB |

| **AFFIDAVIT OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* CV2014000366 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS AND COMPLAINT

3. *a. Party served:*            ONE WEST BANK, FSB
   *b. Person served:*      YANETT SALAZAR-AUTHORIZED TO ACCEPT SERVICE

4. *Address where the party was served:*      888 EAST WALNUT ST.
                                      Pasadena, CA 91101

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Feb. 18, 2014 (2) at: 1:00PM
6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*                           *Fee for Service:*    $125.00
   a. CHRIS DEMIRDJIAN
   b. SKIP-N-SERVE
      P.O. BOX 6848
      San Pedro, CA 90734
   c. (310) 831-1160, FAX (310) 833-7240

8. *I declare under penalty of perjury under the laws of the State of ARIZONA and under the laws of the United States Of America that the foregoing is true and correct.*

                           **AFFIDAVIT OF SERVICE**           (CHRIS DEMIRDJIAN)        *.gurddav.10977*

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
M. Figueroa, Deputy
2/19/2014 8:38:44 AM
Filing ID 5715573

Person Filing: Eric M Moores
Telephone Number: (602) 364-7493
Bar Number:     028280, Issuing State AZ

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF MARICOPA

Hough, Et.Al. Vs. One West Bank F S B,
Et.Al.

**CREDIT MEMO**

**Case Number: CV2014-000366**

**Form Set #1062296**

RECEIVED FROM:  Eric M Moores
PAYMENT FOR:    Bank of America, N.A.


PAYMENT IS FOR THE FOLLOWING:
        [X]   105 First Appearance Filing Fee


AMOUNT OF DEPOSIT:    $222.00
HOW PAID:
        [X]   EFILED

AZInfoCourt.gov Form Set #1062296

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
M. Paigen, Deputy
2/18/2014 5:45:00 PM
Filing ID 5715284

1  BRYAN CAVE LLP, #145700
   Sean K. McElenney, 016987
2  Eric M. Moores, 028280
   Two N. Central Avenue, Suite 2200
3  Phoenix, AZ 85004-4406
   Telephone:   (602) 364-7000
4  Facsimile:   (602) 364-7070
   E-Mail:      skmcelenney@bryancave.com
5               moorese@bryancave.com

6  Attorneys for Defendant Bank of America

7

8          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

9            **IN AND FOR THE COUNTY OF MARICOPA**

10 DAVID E. HOUGH and MONICA R.          No. CV2014-000366
   QUINTANA-HOUGH, husband and wife,
11
                   Plaintiffs,           **STIPULATION FOR**
12                                        **EXTENSION OF TIME TO**
        v.                               **RESPOND TO COMPLAINT**
13
   ONE WEST BANK, FSB; BANK OF
14 AMERICA, N.A.; and JOHN DOES and       (Hon. J. Richard Gama)
   JANE DOES I-X; WHITE PARTNERSHIPS
15 I-X; BLACK CORPORATIONS I-X; and
   RED LIMITED LIABILITY COMPANIES I-
16 X,

17                 Defendants.

18

19       Plaintiffs David E. Hough and Monica R. Quintana-Hough ("Plaintiffs") and

20 Defendant Bank of America, N.A. ("BANA"), by and through undersigned counsel,

21 hereby stipulate and agree that BANA shall have to and including March 4, 2014 in which

22 to answer or otherwise respond to Plaintiff's Complaint. A proposed form of Order is

23 submitted herewith.

24 . . . .

25 . . . .

26

27

28

BRYAN CAVE LLP
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone:   (602) 364-7000

755088.1\0365142

1    DATED this 18th day of February, 2014.

2                                          BRYAN CAVE LLP

3

4                                          By: /s/ Eric M. Moores
                                                Sean K. McElenney
5                                               Eric M. Moores
                                                Two N. Central Avenue, Suite 2200
6                                               Phoenix, AZ  85004-4406

7                                               Attorneys for Defendant Bank of America,
                                                N.A.
8

9

10                                         DAVIS MILES MCGUIRE GARDNER

11

12                                         By: /s/ David W. Degnan (with permission)
                                                David W. Degnan
13                                              80 East Rio Salado Parkway, Suite 401
                                                Tempe, AZ  85281
14                                              Attorney for Plaintiffs

15

16   ORIGINAL of the foregoing electronically filed and
     COPY mailed this 18th day of February, 2014, to:
17
     Christopher J. Charles, Esq.
18   David W. Degnan, Esq.
     Davis Miles McGuire Gardner
19   80 E. Rio Salado Parkway, Suite 401
     Tempe, AZ  85281
20   Attorneys for Plaintiffs

21

22   /s/ Nicole Daley

23

24

25

26

27

28

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, AZ  85004-4406
TELEPHONE:   (602) 364-7000

MICHAEL K. JEANES. CLERK
BY _____ DEP
R. Maxwell
FILED

14 FEB 13 PM 1: 13

ORIGINAL

# ☐ Davis Miles

## McGuire Gardner
### SOLUTIONS | RELATIONSHIPS

80 East Rio Salado Parkway, Suite 401
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
E-mail: efile.dockets@davismiles.com
Christopher J. Charles, SBN 023148
David W. Degnan, SBN 027422
*Attorneys for Plaintiffs*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| DAVID E. HOUGH and MONICA R. QUINTANA-HOUGH, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ONE WEST BANK, FSB.; BANK OF AMERICA, N.A.; and JOHN DOES and JANE DOES I-X; WHITE PARTNERSHIPS I-X; BLACK CORPORATIONS I-X; and RED LIMITED LIABILITY COMPANIES I-X,<br><br>Defendants. | CASE NO. CV2014-000366<br><br>**SUMMONS FOR BANK OF AMERICA, N.A.**<br><br>If you would like legal advice from a lawyer, contact the Lawyer Referral Service at 602-257-4434 or www.maricopalawyers.org Sponsored by the Maricopa County Bar Association |

THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANT:

**BANK OF AMERICA, N.A.**
**699 S. Mill Avenue, Suite 101**
**Tempe, AZ 85281**

YOU ARE HEREBY SUMMONED and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and

1

defend within twenty (20) days after the service of the Summons and Complaint upon you, exclusive of the day of service.  If served out of the State of Arizona--whether by direct service, by registered or certified mail, or by publication--you shall appear and defend within thirty (30) days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service.  Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of forty (40) days after date of such service upon the Director.  Service by registered or certified mail without the State of Arizona is complete thirty (30) days after the date of filing the receipt and affidavit of service with the Court.  Service by publication is complete thirty (30) days after the date of first publication.  Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete thirty (30) days after filing the Affidavit of Compliance and return receipt or Officer's Return.  RCP 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiffs' attorneys. RCP 10(d); A.R.S. § 12-311; RCP 5.

REQUESTS for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least three (3) judicial days in advance of a scheduled court proceeding.

The names and address of Plaintiffs' attorneys are:

DAVIS MILES MCGUIRE GARDNER, PLLC
Christopher J. Charles, Esq. & David W. Degnan, Esq.
80 E. Rio Salado Parkway, Suite 401
Tempe, AZ 85281
Tel. (480) 733-6800

SIGNED AND SEALED this date: JAN 1 0 2014    MICHAEL K. JEANES, CLERK

J. Kiraly
Deputy Clerk

Deputy Clerk

2

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
02/12/2014 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2014-000366                                            02/11/2014

                                              CLERK OF THE COURT
HONORABLE J. RICHARD GAMA                          J. Polanco
                                                    Deputy


DAVID E HOUGH, et al.                   DAVID W DEGNAN

v.

ONE WEST BANK F S B, et al.             ONE WEST BANK F S B
                                        NO ADDRESS ON RECORD


                                        BANK OF AMERICA N A
                                        NO ADDRESS ON RECORD
                                        COMM. BARTH


MINUTE ENTRY

This division has received Plaintiff's e-filed Application/Affidavit for Default Judgment against **Defendant(s) Bank of America, N.A.** in the above-captioned case.

**IT IS ORDERED** that no action will be taken by this division on the above referenced document(s).

The parties are advised that Commissioners handle Rule 55(b) Default Judgment proceedings and that the default proceedings in this matter are to be heard by **Commissioner Michael L. Barth**.

**IT IS ORDERED** that all documents necessary to support the entry of a default judgment must be e-filed.

Pursuant to Supreme Court Administrative Order No. 2010-117, default judgment packets are not permitted to be e-filed. Accordingly, parties are directed to hand-deliver a default coversheet and copies of the necessary filed documents to the Commissioner's division for the entry of a default judgment.

Docket Code 023                    Form V000A                    Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2014-000366                                                  02/11/2014

**IT IS FURTHER ORDERED,** no further action will be taken by the assigned Commissioner until the necessary filed documents and coversheet are delivered to the division.

The parties/counsel can find the default judgment coversheet on the Court's website at:
http://www.superiorcourt.maricopa.gov/SuperiorCourt/CivilDepartment/forms.asp

The parties/counsel can find additional information in the form of frequently asked questions at:
http://www.superiorcourt.maricopa.gov/SuperiorCourt/CivilDepartment/howDoI.asp

ALERT: The Arizona Supreme Court Administrative Order 2011-140 directs the Clerk's Office not to accept paper filings from attorneys in civil cases. Civil cases must still be initiated on paper; however, subsequent documents must be eFiled through AZTurboCourt unless an exception defined in the Administrative Order applies.

MICHAEL K. JEANES, CLERK
BY          OEP
FILED

14 JAN 10 PM 3: 37

# ⬚ Davis Miles

## McGuire Gardner
SOLUTIONS | RELATIONSHIPS

80 East Rio Salado Parkway, Suite 401
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
E-mail: efile.dockets@davismiles.com
Christopher J. Charles, SBN 023148
David W. Degnan, SBN 027422
*Attorneys for Plaintiffs*

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| DAVID E. HOUGH and MONICA R. QUINTANA-HOUGH, husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> ONE WEST BANK, FSB.; BANK OF AMERICA, N.A.; and JOHN DOES and JANE DOES I-X; WHITE PARTNERSHIPS I-X; BLACK CORPORATIONS I-X; and RED LIMITED LIABILITY COMPANIES I-X, <br><br> Defendants. | CASE NO. **CV2014-000366** <br><br> **CERTIFICATE REGARDING COMPULSORY ARBITRATION** |

The undersigned certifies that he knows the dollar limits and any other limitations set forth by the local rules of practice for the Maricopa County Superior Court, and further certifies that this case is not subject to compulsory arbitration, as provided by Rules 72 through 76, ARIZONA RULES OF CIVIL PROCEDURE.

1

DATED this ___ day of January, 2014.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

Christopher J. Charles
David W. Degnan
80 E. Rio Salado Parkway, Suite 401
Tempe, AZ 85281
*Attorneys for Plaintiffs*

2

**Superior Court of Arizona**
**In Maricopa County**

~~Case N----~~

# CV2014-000366

**Plaintiff's Attorney:**
Christopher J. Charles

**Attorney's Bar Number:** 023148

Plaintiff's Name(s): (List all)
David E. Hough

Monica R. Quintana-Hough

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List all.)

One West Bank, FSB; Bank of America, N.A.

(List additional defendants on page two and/or attach a separate sheet).

---

MICHAEL K. JEANES, CLERK
BY _____ DEP
FILED

**14 JAN 10 PM 3: 38**

Is Interpreter Needed? ☐ Yes ☒ No

If yes, what language: _____

To the best of my knowledge, all information is true and correct.

_____
Attorney/Pro Per Signature (If no attorney, YOUR signature)

Plaintiff's Address:
c/o Davis Miles McGuire Gardner, PLLC

80 E. Rio Salado Parkway, #401, Tempe, AZ 85281

---

EMERGENCY ORDER SOUGHT:
(if applicable)

☐ Temporary Restraining Order
☐ OSC – Order to Show Cause
☐ Employer Sanction

☐ Provisional Remedy
☐ Election Challenge
☐ Other _____

☒ RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY. (Mark appropriate box under **Nature of Action**).

☐ RULE 8(i) COMPLEX LITIGATION APPLIES   Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties. (Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category).

## NATURE OF ACTION
(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death
**110 TORT NON-MOTOR VEHICLE:**
☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort
☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**
☐ 121 Physician M.D. ☐ 123 Hospital
☐ 122 Physician D.O ☐ 124 Other
**130 CONTRACTS:**
☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☒ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds - Sale
☐ Construction Defects (Residential/Commercial)
    ☐ 136 Six to Nineteen Structures
    ☐ 137 Twenty or More Structures

**150-199 OTHER CIVIL CASE TYPES:**

Case No. _____

☐156 Eminent Domain/Condemnation
☐151 Eviction Actions (Forcible and Special Detainers)
☐152 Change of Name
☐153 Transcript of Judgment
☐154 Foreign Judgment
☐158 Quiet Title
☐160 Forfeiture
☐175 Election Challenge
☐179 Employer Sanction Action (A.R.S. §23-212)
☐180 Injunction against Workplace Harassment
☐181 Injunction against Harassment
☐182 Civil Penalty
☐186 Water Rights **(Not General Stream Adjudication)**
☐187 Real Property
☐Sexually Violent Persons (A.R.S. §36-3704)
    (Except Maricopa County)
☐Minor Abortion (See Juvenile in Maricopa County)
☐Special Action Against Lower Courts
    (See lower court appeal cover sheet in Maricopa)
☐194-Immigration Enforcement Challenge
    (§§1-501, 1-502, 11-1051)

**150-199 UNCLASSIFIED CIVIL CASE TYPES:**

☐Administrative Review
    (See lower court appeal cover sheet in Maricopa)
☐150 Tax Appeal
(All other tax matters must be filed in the AZ Tax Court)

☐155 Declaratory Judgment
☐157 Habeas Corpus
☐184 Landlord Tenant Dispute - Other
☐159 Restoration of Civil Rights (Federal)
☐159 Clearance of Records (A.R.S. §13-4051)
☐190 Declaration of Factual Innocence(A.R.S.§12-771)
☐191 Declaration of Factual Improper Party Status
☐193 Vulnerable Adult (A.R.S. §46-451)
☐165 Tribal Judgment
☐167 Structured Settlement (A.R.S. §12-2901)
☐169 Attorney Conservatorships (State Bar)
☐170 Unauthorized Practice of Law (State Bar)
☐171 Out-of-State Deposition for Foreign Jurisdiction
☐172 Secure Attendance of Prisoner
☐173 Assurance of Discontinuance
☐174 In-State Deposition for Foreign Jurisdiction
☐176 Eminent Domain–Light Rail Only
☐177 Interpleader– Automobile Only
☐178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐183 Employment Dispute - Discrimination
☐185 Employment Dispute - Other
☐195(a) Amendment of Marriage License
☐195(b) Amendment of Birth Certificate
☐163 Other

_____
(Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

☐ Antitrust/Trade Regulation
☐ Construction Defect with many parties or structures
☐ Mass Tort
☐ Securities Litigation with many parties
☐ Environmental Toxic Tort with many parties
☐ Class Action Claims
☐ Insurance Coverage Claims arising from the above-listed case types
☐ A Complex Case as defined by Rule 8(i) ARCP

Additional Plaintiff(s)

_____

_____

Additional Defendant(s)

_____

_____

MICHAEL K. JEANES, CLERK
RECEIVED SE
OUTSIDE DEPOSITORY

14 JAN 17  PH 12: 52

IN THE SUPERIOR COURT, OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA
CASE NUMBER: CV2014-000366

FILED BY:____V. MARTINEZ____

DAVID E. HOUGH and MONICA R.
QUINTANA-HOUGH, husband and wife,

DECLARATION OF SERVICE

PLAINTIFFS

VS.

ONE WEST BANK, FSB; BANK OF AMERICA, N.A.
AND JOHN DOES and JANE DOES I-X; WHITE
PARTNERSHIPS I-X; BLACK CORPORATIONS I-X;
And RED LIMITED LIABILITY COOMPANIES I-X,

DEFENDANTS

WAYNE LAMB, being first duly sworn, deposes and states that he is fully qualified to serve
process in this cause, having been so appointed by the Court. That he received a SUMMONS
AND VERIFIED COMPLAINT, CERTIFICATE OF ARBITRAITON from the PLAINTIFF.
That a true copy of the aforementioned documents were served upon.

UPON: BANK OF AMERICA
BY SERVING: JONATHON SHANAHAN-Manager/and stated duly auth to accept service

____In person    ____Being of suitable age residing at their usual place of abode.
XXDuly auth to accept service at the place of business
DATE AND TIME: 1/15/14  2:22 PM   XXBUSINESS      ____ABODE
ADDRESS: 699 S. MILL AVE #101 TEMPE, AZ.

WAYNE LAMB                        AFFIANT
LICENSED PROCESS SERVER          MARICOPA

| | |
|---|---|
| SERVICE | $16.00 |
| MILES | $31.00 |
| DOC PREP | $ 8.00 |
| TOTAL | $55.00 |

ARIZONA PROCESS SERVICE
P.O. BOX 26782
TEMPE, AZ. 85285

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
E. Hailes, Deputy
2/10/2014 2:55:00 PM
Filing ID 5701036

# Davis Miles
## McGuire Gardner
SOLUTIONS | RELATIONSHIPS

80 East Rio Salado Parkway, Suite 401
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
E-mail: efile.dockets@davismiles.com
Christopher J. Charles, SBN 023148
David W. Degnan, SBN 027422
*Attorneys for Plaintiffs*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| DAVID E. HOUGH and MONICA R. QUINTANA-HOUGH, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ONE WEST BANK, FSB; BANK OF AMERICA, N.A.; and JOHN DOES and JANE DOES I-X; WHITE PARTNERSHIPS I-X; BLACK CORPORATIONS I-X; and RED LIMITED LIABILITY COMPANIES I-X,<br><br>Defendants. | CASE NO. CV2014-000366<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT BANK OF AMERICA, N.A.** |

NOTICE IS HEREBY GIVEN that Plaintiffs David E. Hough and Monica R. Quintqana-Hough (the "Houghs") are requesting the entry of a default judgment against Defendant Bank of America, N.A.

In support of this Application, the Houghs have contemporaneously herewith filed an Affidavit of Default and Entry of Default.

Pursuant to Rule 55(a), ARIZONA RULES OF CIVIL PROCEDURE, the Houghs have mailed a copy of this Application to the party claimed to be in default.

**NOTE: If the party claimed to be in default fails to file a responsive pleading or otherwise defend in this action within ten (10) days of the filing of this Application, the default judgment will be entered against that party.**

DATED this _10_ day of February, 2014.

DAVIS MILES MCGUIRE GARDNER, PLLC

Christopher J. Charles
David W. Degnan
80 E. Rio Salado Parkway, Suite 401
Tempe, AZ 85281
*Attorneys for Plaintiffs*

COPY e-filed with AZTurbo Court
this _10th_ day of February, 2014.

COPIES served as indicated this
_10th_ day of February, 2014, to:

Hon. Richard J. Gama                    [AZTurbo Court]
Maricopa County Superior Court
Central Court Building
201 W. Jefferson, Suite 701
Phoenix, AZ 85003-2243

1   Bank of America, N.A.                    [First Class Mail]
2   Attn: Jonathon Shanahan, Manager
    699 S. Mill Avenue, Suite 101
3   Tempe, AZ 85281-3674
    *Defendant Pro Per*

5
6   *Judi J. Pastin*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
K. Dyer, Deputy
2/10/2014 2:59:00 PM
Filing ID 5701031

**Davis Miles**

**McGuire Gardner**
SOLUTIONS | RELATIONSHIPS

80 East Rio Salado Parkway, Suite 401
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
E-mail: efile.dockets@davismiles.com
Christopher J. Charles, SBN 023148
David W. Degnan, SBN 027422
*Attorneys for Plaintiffs*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| DAVID E. HOUGH and MONICA R. QUINTANA-HOUGH, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>ONE WEST BANK, FSB; BANK OF AMERICA, N.A.; and JOHN DOES and JANE DOES I-X; WHITE PARTNERSHIPS I-X; BLACK CORPORATIONS I-X; and RED LIMITED LIABILITY COMPANIES I-X,<br><br>    Defendants. | **CASE NO. CV2014-000366**<br><br>**AFFIDAVIT ON DEFAULT**<br>**– AND –**<br>**ENTRY OF DEFAULT AGAINST DEFENDANT BANK OF AMERICA, N.A.** |

**NOTICE TO DEFENDANT: THIS IS AN IMPORTANT COURT DOCUMENT.** When this document is properly completed and filed, Default has been applied for and entered. The Default will be effective 10 days after the filing of this completed document, unless the Defendant files an Answer/Response or otherwise defends before the ten-day period expires.

STATE OF ARIZONA )
) ss.
County of Maricopa )

I, Christopher J. Charles, first being duly sworn, state under oath that:

1.    Christopher J. Charles, attorney for Plaintiffs David E. Hough and Monica R. Quintana-Hough (the "Houghs"), herein file this affidavit to comply with Rule 55, ARIZONA RULES OF CIVIL PROCEDURE.

2.    I have served Defendant Bank of America, N.A. ("B of A") according to Arizona law, with the Summons and Complaint in this case. B of A was personally served by a process server and the Declaration of Service was filed with the Court. A copy of the Declaration of Service is attached hereto at **Exhibit 1**.

3.    B of A has failed to plead or otherwise defend within the time prescribed by the ARIZONA RULES OF CIVIL PROCEDURE.

4.    I verify that B of A is not an infant, incompetent, and is not engaged in any active military service of the United States, or otherwise waived their rights under the Soldier's and Sailor's Civil Relief Act.

5.    The accompanying Application for Entry of Default Against Defendant Bank of America, N.A. (the "Application") is made for the purpose of requesting entry of default against the above-listed Defendant, because no Answer or other responsive pleading has been filed with regard to the Complaint, within the time required by law.

6.    Notice is hereby given that the Houghs are requesting the entry of a default judgment against B of A.

7.    On the date of this Affidavit, a copy of the Application and the Affidavit on Default and Entry of Default was sent by first class mail, postage prepaid to:

Bank of America, N.A.
Attn: Jonathon Shanahan, Manager
699 S. Mill Avenue, Suite 101
Tempe, AZ 85281-3674

**NOTE:** **If the party claimed to be in default fails to file a responsive pleading or otherwise defend in this action within 10 days of the filing of this Application, the default judgment will be entered against that party.**

I, Christopher J. Charles, Esq. of Davis Miles McGuire Gardner, PLLC, declare under penalty of perjury that the foregoing is true and correct.

DATED this **10** day of February, 2014.

_____
Christopher J. Charles

SUBSCRIBED and SWORN (or AFFIRMED) this 10th day of February, 2014, by Christopher J. Charles.

JUDI J. PARTIN
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
April 5, 2016

_____
Notary Public

My commission expires:

April 5, 2016

1  COPY e-filed with AZTurbo Court
   this _10th_ day of February, 2014.

2

3  COPIES served as indicated this
   _10th_ day of February, 2014, to:

5

6  Hon. Richard J. Gama                              [AZTurbo Court]
   Maricopa County Superior Court
7  Central Court Building
   201 W. Jefferson, Suite 701
8  Phoenix, AZ 85003-2243

9

10 Bank of America, N.A.                             [First Class Mail]
   Attn: Jonathon Shanahan, Manager
11 699 S. Mill Avenue, Suite 101
   Tempe, AZ 85281-3674
12 *Defendant Pro Per*

13

14 _Judi G. Pastin_

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

MICHAEL K. JEANES, CLERK
RECEIVED SE
OUTSIDE DEPOSITORY

14 JAN 17  PM 12: 52

IN THE SUPERIOR COURT, OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA
CASE NUMBER: CV2014-000366

DAVID E. HOUGH and MONICA R.
QUINTANA-HOUGH, husband and wife,

                                        DECLARATION OF SERVICE

PLAINTIFFS

        VS.

ONE WEST BANK, FSB; BANK OF AMERICA, N.A.
AND JOHN DOES and JANE DOES I-X; WHITE
PARTNERSHIPS I-X; BLACK CORPORATIONS I-X;
And RED LIMITED LIABILITY COOMPANIES I-X,

        DEFENDANTS

WAYNE LAMB, being first duly sworn, deposes and states that he is fully qualified to serve
process in this cause, having been so appointed by the Court.  That he received a SUMMONS
AND VERIFIED COMPLAINT, CERTIFICATE OF ARBITRAITON from the PLAINTIFF.
That a true copy of the aforementioned documents were served upon.

UPON: BANK OF AMERICA
BY SERVING: JONATHON SHANAHAN-Manager/and stated duly auth to accept service

___In person      ___Being of suitable age residing at their usual place of abode.
XXDuly auth to accept service at the place of business
DATE AND TIME: 1/15/14  2:22 PM   XXBUSINESS      ___ABODE
ADDRESS: 699 S. MILL AVE #101 TEMPE, AZ.


WAYNE LAMB                      AFFIANT
LICENSED PROCESS SERVER         MARICOPA

                                    SERVICE     $16.00
                                    MILES       $31.00
                                    DOC PREP    $ 8.00
                                    TOTAL       $55.00


ARIZONA PROCESS SERVICE
P.O. BOX 26782
TEMPE, AZ. 85285

MICHAEL K. JEANES
Clerk of the Superior Court
By Jessica Kiraly, Deputy
Date 01/10/2014 Time 15:43:43
Description                          Amount
----------- CASE# CV2014-000366 -----------
CIVIL NEW COMPLAINT                  304.00

TOTAL AMOUNT                         304.00
           Receipt# 23479609

**⟨⟩ Davis Miles**

**McGuire Gardner**
SOLUTIONS | RELATIONSHIPS

80 East Rio Salado Parkway, Suite 401
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
E-mail: efile.dockets@davismiles.com
Christopher J. Charles, SBN 023148
David W. Degnan, SBN 027422
*Attorneys for Plaintiffs*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| DAVID E. HOUGH and MONICA R. QUINTANA-HOUGH, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ONE WEST BANK, FSB; BANK OF AMERICA, N.A.; and JOHN DOES and JANE DOES I-X; WHITE PARTNERSHIPS I-X; BLACK CORPORATIONS I-X; and RED LIMITED LIABILITY COMPANIES I-X,<br><br>Defendants. | CASE NO. CV2014-000366<br><br>**VERIFIED COMPLAINT** |

Plaintiffs David E. Hough ("**Mr. Hough**") and Monica R. Quintana-Hough ("**Mrs. Hough**") (collectively referred to hereinafter as the "Houghs"), for their Complaint against Defendants One West Bank, FSB ("**OWB**") and Bank of America, N.A. ("**B of A**") (collectively referred to hereinafter as the "**Defendants**"), hereby allege as follows:

## NATURE OF MATTER, JURISDICTION & VENUE

1.      This is an action for declaratory relief and damages due to the Defendants' wrongful credit reporting and violations of the Fair Credit Reporting Act, under 15 U.S.C. § 1681, *et seq.* (the "**Act**") and the Fair Debt Collections Practices Act.

2.      The Houghs seek to hold the Defendants accountable for their harmful acts and enjoin all continuing false reporting by the Defendants, with regard to the Houghs.

3.      The Houghs are married.  Mr. Hough is a natural person that is domiciled in the County of Maricopa, State of Arizona.

4.      Mrs. Hough is a natural person that is domiciled in the County of Maricopa, State of Arizona.

5.      OWB is a California banking institution duly authorized to conduct and, upon information and belief, is conducting business in the State of Arizona.

6.      B of A is a national banking institution duly authorized to conduct and is conducting business in the State of Arizona.

7.      The Defendants caused events to occur within the State of Arizona, out of which this cause of action arises, or generally conducted business in the State of Arizona, and therefore this Court has jurisdiction.

8.      This action involves the real property located at 4730 N. 111th Lane, Phoenix, Arizona 85037, and known as A.P.N. 102-90-460 (the "**Property**").  Thus, venue is proper.

## FACTUAL BACKGROUND

9.      The Act imposes duties upon furnishers of credit information to ensure the fair and accurate reporting of information to credit reporting agencies.

**OWB Reported Inaccurate Statements to the Credit Reporting Agencies.**

10.     OWB reported the following inaccurate and derogatory statements concerning the Houghs to the various credit reporting agencies:

        a)     Payment status as "Account 120 Days Past Due". OWB continues to report this account as late as of 11/22/13.

        b)     OWB fails to list this account as disputed.

11.     OWB is aware that its statements and information to the credit reporting agencies will be disseminated to other persons or parties who will be reviewing the information for the purpose of extending credit, insurance, or employment.

12     The Houghs notified OWB of the inaccurate, incomplete and/or misleading information provided by OWB to the credit reporting agencies.

13.     Unfortunately, even after being notified of the reporting errors, OWB refused to take necessary action to correct the inaccurate and derogatory statements.

14.     The inaccurate and false reporting by OWB has significantly damaged the Houghs' personal and business reputations, and has caused the Houghs financial harm.

**B of A Reported Inaccurate Statements to the Credit Reporting Agencies.**

15.     B of A reported the following inaccurate, misleading, and derogatory statements concerning Mr. Hough to the various credit reporting agencies:

        a) Payment Status: Charge off.

        b) Balance: $57,806.

        c) B of A fails to list this account as disputed.

16.     B of A is aware that its statements and information to the credit reporting agencies will be disseminated to other persons or parties who will be reviewing the information for the purpose of extending credit, insurance, or employment.

17.    The Houghs notified B of A of the inaccurate and/or false information provided by B of A to the credit reporting agencies.

18.    Unfortunately, even after being notified of the reporting errors, B of A refused to take necessary action to correct the inaccurate and derogatory statements.

19.    The inaccurate and false reporting by B of A has significantly damaged the Houghs' personal and business reputations and has caused the Houghs financial harm.

### Trustee's Sale of the Houghs' Property

20.    This dispute arises, in part, due to OWB's interest as a Beneficiary under a certain Deed of Trust dated on March 9, 2007, and recorded on March 9, 2007 at Document Number 2007-0379572, Records of Maricopa County, Arizona (the "**OWB DOT**"), and the supporting Mortgage Note in the original principal amount of $205,988 (the "**OWB Note**").

21.    Similarly, this dispute also involves B of A's interest as a Beneficiary under a certain Deed of Trust dated March 9, 2007, and recorded on March 9, 2007 at Document Number 2007-0379573, Records of Maricopa County, Arizona (the "**B of A DOT**"), and the supporting Mortgage Note in the original principal amount of $51,497 (the "**B of A Note**").

### The OWB Note and the B of A Note Are Non-Recourse Loans Under Arizona Law

22.    The OWB Note and the B of A Note (collectively referred to hereinafter as the "**Loans**") were both purchase-money loans used to purchase the Houghs' property.

23.    The OWB DOT and the B of A DOT were secured by the Houghs' property.

24.    The Houghs' property is a single-family residence located on less than one acre of land.   The Houghs occupied the property as their primary residence for several years.

25.    The OWB Note is a non-recourse loan, pursuant to A.R.S. §33-814(g).

26.    The B of A Note is a non-recourse loan pursuant to A.R.S §33-814(g).

27.     OWB conducted a successful trustee's sale of the Houghs' property, on or about August 1, 2011.

28.     As a result, OWB released the OWB DOT in connection with that trustee's sale.  OWB received $96,000 from the sale of the Houghs' property, as full satisfaction of the Houghs' obligations under the OWB Note. *See* copy of Trustee's Deed Upon Sale dated August 9, 2011, and attached hereto at **Exhibit 1.**

29.     Furthermore, the B of A DOT was terminated with the successful completion of the trustee's sale of the Property.

30.     In connection with the trustee's sale of the Property and following a dispute, the Defendants were required to update the credit report to ensure for maximum accuracy. They did not.

### B of A and OWB Inaccurately Reports the Loans

31.     Despite OWB's obligation contrary, continues to reports this matter as late.

32.     Similarly, Despite B of A's obligation to the contrary, B of A improperly reported the payment status as unpaid and noted that there is a $57,806.00 balance owed by the Houghs.

33.     On or about October 15, 2013, the Houghs filed a written dispute with Transunion, seeking investigation and correction of the inaccurate reporting by the Defendants.

34.     Specifically, the Houghs disputed all references to late payments, and "foreclosure," and so on from both B of A and OWB. *See* Letter to TransUnion Customer Service dated October 15, 2013, attached hereto at **Exhibit 2.**

35.     On November 6, 2013, Transunion acknowledge receipt of the dispute and provided a consumer file number of 314531132.

36.     On approximately November 22, 2013, the Houghs obtained a letter from Transunion detailing the results of its investigation, which confirms that the OWB reporting errors remained, for the most part, unchanged, and B of A verified that it was accurately reporting this matter. *See* excerpt of Credit Report dated November 22, 2013, attached hereto at **Exhibit 3.**

37.     The Defendants did not conduct a reasonable investigation of the Houghs' dispute, nor did they provide supporting information to the credit reporting agencies confirming that its furnished information was accurate and complete.

### COUNT ONE
### (Violation of the Fair Credit Reporting Act)

38.     The Houghs reallege and incorporate by reference as though fully set forth herein, all previous allegations contained in this Verified Complaint.

39.     Upon receiving notice of the Houghs' written dispute dated October 15, 2013, the Defendants failed to reasonably investigate the dispute in violation of the Fair Credit Reporting Act., 15 U.S.C. §1681s-2(b)(1).

40.     The Defendants knowingly and intentionally failed to investigate the dispute, in conscious disregard of the rights of the Houghs.  This is a non-recourse loan.  Had Defendants investigated this matter, they would not try to collect on a debt that they are otherwise barred from collecting upon as a matter of law.

41.     The Defendants willfully and/or negligently violated the provisions of the Act.

42.     As a result of the Defendants' violations of the Act, the Houghs suffered actual damages in an amount to be determined by this Court at trial.

43.    The Houghs are therefore entitled to recover the greater of actual or statutory damages, as well as punitive damages and attorneys' fees and costs. 15 U.S.C. § 1681n(a) and 15 U.S.C. § 1681o.

## COUNT TWO
### (Declaratory Judgment)

44.    The Houghs reallege and incorporate by reference as though fully set forth herein, all previous allegations contained in this Verified Complaint.

45.    There exists a real and justiciable controversy between the Houghs and the Defendants, with regard to the Defendants' rights, duties, liabilities, and responsibilities concerning, and in connection with the reporting of inaccurate information by the Defendants.

46.    It is in the best interest of the parties that this Court declare their respective rights, duties, liabilities, and responsibilities, with regard to the reporting of credit information.

47.    The Houghs are entitled to declaratory judgment, pursuant to the provisions of A.R.S. § 12-1831, *et seq.*, declaring that the Defendants owe nothing under Arizona law for this non-recourse debt and that the Defendants improperly reported and are currently improperly reporting inaccurate information concerning the Houghs' credit history with the Defendants, to the credit reporting agencies.

48.    The Houghs are further entitled to a declaratory judgment that the Defendants request that the credit reporting agencies report the Loans as "paid as agreed."

49.    Further, the Houghs are entitled to a declaratory judgment that the Defendants request that the credit reporting agencies delete any reference to late payments, unpaid balances, and so on with regard to the Loans.

50.     In addition, the Houghs are entitled to their reasonable costs associated with seeking declaratory relief in accordance with A.R.S. § 12-1840.

### COUNT THREE
### (Fair Debt Collection Practices Act)

51.     The Houghs reallege and incorporate by reference as though fully set forth herein, all previous allegations contained in this Verified Complaint.

52.     As previously alleged in paragraphs 9-38 of this Verified Complaint, Defendants foreclosed upon the Plaintiff's primary residence that was utilized as a single family residence.  See A.R.S. § 33-814(g).

53.     Within A.R.S.  § 33-814(g), the statute explains that "**no action** may be taken to recover the any difference between the amount obtained by sale and the amount of indebtedness and any interest, costs and expenses."

54.     Reporting these balances as "unpaid," "balance of $57,806", "Account 120 Days Past Due Date", hiring collection agencies, and so on, are "**actions**" taken by the Defendants as debt collectors, and in an effort to collect a debt that the Defendants may not collect as a matter of law.

55.     Reporting the Loans as described above represents a false representation of the character and legal status of the debt as defined in 15 U.S.C 1692(b)(2)(a) and is a violation of the Fair Debt Collection Practices Act.

56.     Moreover, reporting the Loans as described above represents the use of a false representation or deceptive means to collect, or to attempt to collect a debt under 15 U.S.C. § 1692(10), and it is a violation of the Fair Debt Collection Practices Act.

WHEREFORE, the Houghs pray for relief against the Defendants, as follows:

a.   For a declaratory judgment in favor of the Houghs, as stated above, declaring that the Defendants have no right to collect any deficiency balance from the Houghs;

b.   For a permanent injunction prohibiting the Defendants from requesting that the OWB Note and B of A Note be reported as anything other than "paid in full;"

c.   For a declaratory judgment in favor of the Houghs, as stated above, declaring that the Defendants request, within 30 days of the Court's Order, that the credit reporting agencies delete any references to balance owed, "foreclosure," and so on with regard to the OWB Note and the B of A Note;

d.   For compensatory, general, consequential, and restitution damages in an amount to be proven at trial;

e.   For statutory damages pursuant to 15 U.S.C. § 1681(n)(a) and the Fair Debt Collection Practices Act;

f.   For punitive damages in an amount sufficient to punish the Defendants for their actions, and to deter other similarly-situated defendants from acting in like fashion;

g.   For an award of the Houghs' attorneys' fees and costs, pursuant to A.R.S. §§ 12-341, 12-1480, 15 U.S.C. § 1681, and any other applicable statute, which amount in the event of default, shall be for no less than $5,000.00;

h.   For post-judgment interest at the maximum allowable rate; and

i.   For such other and further relief as the Court deems just and proper, to provide the Houghs with a complete remedy.

DATED this ___10th___ day of January, 2014.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

Christopher J. Charles
David W. Degnan
80 E. Rio Salado Parkway, Suite 401
Tempe, AZ 85281
*Attorneys for Plaintiffs*

## **VERIFICATION**

1.     I, David E. Hough, am one of the Plaintiffs in the foregoing action;

2.     I have read the foregoing Verified Complaint and know the contents thereof;

3.     The same is true of my own personal knowledge except as to those statements made upon information and belief, and as to those, I believe them to be true.

4.     I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this   9   day of January, 2014.


_David E. Hough_
David E. Hough

**VERIFICATION**

1.    I, Monica R. Quintana-Hough, am a Plaintiff in the foregoing action;

2.    I have read the foregoing Verified Complaint and know the contents thereof;

3.    The same is true of my own personal knowledge except as to those statements made upon information and belief, and as to those, I believe them to be true.

4.    I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this ___9___ day of January, 2014.


_Monica R. Quintana-Hough_
Monica R. Quintana-Hough

# Exhibit 1

# Exhibit 1

Unofficial
²⁰Document

17
Yo

Trustee's Deed Upon Sale

Recording requested by:

When recorded mail to:

EIL KATULARU AND ANDREINA KATULARU HUSBAND AND WIFE AS JOINT TENANTS
WITH RIGHT OF SURVIVORSHIP
24403 N 38TH TERRACE
GLENDALE, CA 85310

Forward tax statements to the address given above

---

TS #: AZ-10-397785-TC
Order #: 100650355-AZ-GTI
MERS MIN No.:
100020410001574297

Space above this line for recorders use

## Trustee's Deed Upon Sale

EXEMPT
UNDER ARS 11-1134

B\

A.P.N.: 102-90-460 0                                   Transfer Tax:

The undersigned grantor declares:
The grantee herein WASN'T the foreclosing beneficiary.
The amount of the unpaid debt together with costs was:        $242,780.46
The amount paid by the grantee at the trustee sale was:       $96,000.00
The documentary transfer tax is:                              None
Said property is in the City of: PHOENIX, County of MARICOPA

QUALITY LOAN SERVICE CORPORATION , as Trustee, (whereas so designated in the Deed of Trust
hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

EIL KATULARU AND ANDREINA KATULARU HUSBAND AND WIFE AS JOINT TENANTS WITH
RIGHT OF SURVIVORSHIP

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed
to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of
MARICOPA, State of Arizona, described as follows:

LOT 10, CAMELBACK RANCH UNIT I, ACCORDING TO BOOK 777 OF MAPS, PAGE 24, AND
CERTIFICATES OF CORRECTION RECORDED AT DOCUMENT NO. 05-1466974; DOCUMENT NO.
06-0461248; DOCUMENT NO. 07-131511; DOCUMENT NO. 07-131512 AND DOCUMENT NO. 07-131561,
RECORDS OF MARICOPA COUNTY, ARIZONA.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by  DAVID
HOUGH AND MONICA R  QUINTANA-HOUGH , HUSBAND AND WIFE, as trustor, dated 3/9/2007, and
recorded on 3/30/2007 as instrument number 20070379572, in Book xxx, Page xxx,   of Official Records in the

20130051991

Trustee's Deed Upon Sale

office of the Recorder of **MARICOPA**, Arizona, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having occurred under the Deed of Trust pursuant to the Notice of Sale under the Deed of Trust recorded on 4/28/2011, instrument no 20110361269, , , of Official records. Trustee having complied with all applicable statutory requirements of the State of Arizona and performed all duties required by the Deed of Trust including sending a Notice of Sale within five days by certified mail, postage pre-paid to each person entitled to notice in compliance with Arizona Civil Code 33-809.

All requirements per Arizona Statutes regarding the mailing, personal delivery and publication of copies of Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 8/1/2011. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $96,000.00, in lawful money of the United States, in proper, receipt their of is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **QUALITY LOAN SERVICE CORPORATION - AZ**, as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws

Date: 8/9/11

QUALITY LOAN SERVICE CORPORATION

By: Carmelita Nunez, Assistant Secretary.

State of: <u>California</u>   )
                    ) ss.
County of: <u>San Diego</u>  )

On 8·9·11 before me, **Michelle Nguyen** a Notary Public, personally appeared **Carmelita Nunez** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of **California** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Michelle Nguyen

MICHELLE NGUYEN
Commission # 1865573
Notary Public - California
San Diego County
My Comm. Expires May 8, 2014

THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

# Exhibit 2

# Exhibit 2

 **Davis Miles**

## McGuire Gardner
SOLUTIONS | RELATIONSHIPS

**Davis Miles McGuire Gardner, PLLC**
Attorneys at Law
80 E. Rio Salado Parkway, Suite 401
Tempe, AZ 85281
Telephone: (480) 733-6800
Facsimile: (480) 733-3748
www.davismiles.com
www.mcguiregardner.com

**David W. Degnan, Esq.**
Direct Dial: (480) 344-0975
ddegnan@davismiles.com

October 28, 2013

TransUnion Customer Solutions
P.O. Box 2000
Chester, PA 19022-2000

> Re:   Hough – Credit Reporting Dispute
>        Our File No. 62608-001

Dear Sir or Madam:

This law firm represents David Hough and Monica Quintana-Hough. I write to dispute the negative references on the Houghs' credit reports, which are the result from the foreclosure of the Houghs' property located at 4730 N. 111th Lane, Phoenix, Arizona 85037 (the "**Property**").

Globally, it is inaccurate for a lender to report a foreclosure as "charge off or collection," "unpaid," and so on, following a foreclosure. Under Arizona law, the loan subject to the Houghs' dispute was non-recourse, meaning the Houghs' lenders *may not* take *any action* to recover the remaining balance after they foreclosed. *See* A.R.S. § 33-814(g); and *Baker v. Gardner*, 770 Ariz. 92, 770 P.2d 766 (Ariz. 1988). Reporting this matter to the credit reporting agencies as described above are actions to collect a debt that lenders are legally not entitled to collect.

Accordingly, the Houghs dispute any references to the foreclosure of the loans subject to the Property as inaccurate and incomplete, on each of their respective credit reports, and they further demand all known credit reporting agencies (including Experian, TransUnion, and Equifax) to immediately remove each of these negative references from each of the Houghs' respective credit reports. Specifically, the Houghs' demand that the following negative references be removed from their credit reports, immediately:

- LVNV Funding, LLC (Account Number 10000141601090XXXX) reported a balance of $68,096 and noted that the payment is in collection or charged off. LVNV is collecting a debt that stems from an underlying non-recourse loan. LVNV cannot collect this debt as a matter of law. Thus, we demand that LVNV remove this information.

TransUnion Customer Solutions
October 28, 2013
Page 2 of 3

- Litton Loan Servicing (Account Number 10045xXXX) reported a balance of $2,564 as past due and suggested that the payment status is repossession or foreclosure. Litton is collecting a debt that it cannot collect as a matter of law. Thus, we demand that Litton remove this information immediately.

- Bank of America, N.A. (Account Number 15631XXXX) reported this debt as unpaid, charged off or in collection. Bank is attempting to collect a debt that it cannot collect as a matter of law. Thus, we ask Bank of America to remove the negative information from the credit report.

- J.P. Morgan Chase (Account Number 41601090XXXX) reported this matter as charged off or collection. Again, this relates to a foreclosure that Chase, or whomever it sold to, has no right to collect.

- OneWest Bank (Account Number 668300269XXXX) reported this as foreclosure request started. This is not accurate and the records should be updated accordingly.

The Houghs' dispute each and every negative reference on their credit reports that relate to the foreclosure. This account should not reflect a "foreclosure," "balance owed," "remaining balance," and so on. Instead, the account should reflect that it was "paid as agreed" or some similar variation.

Enclosed are copies of the Houghs' credit reports, along with other documents to further support the our position. Please reinvestigate these matters and delete the disputed items, as soon as possible.

Very Truly Yours,

**DAVIS MILES MCGUIRE GARDNER, PLLC**

David W. Degnan
Attorney

TransUnion Customer Solutions
October 28, 2013
Page 3 of 3

DWD:jjp

Enclosures:     (1) Transunion Credit Dispute Forms (for David Hough & Monica
                    Quintana-Hough)
                (2) Copy of A.R.S. § 33-814(g)
                (3) David Hough's Credit Report (redacted)
                (4) Monica Quintana-Hough's Credit Report (redacted)

cc:   David Hough & Monica Quintana-Hough (*via* e-mail)

# Request for Investigation

**Your options for requesting an Investigation**
- Initiate an investigation at  https://dispute.transunion.com  or
- Complete and return this form to the address at the end of this form

**Once you submit your dispute:**
- TransUnion will contact the company that provided the information (lender or public record source) with a request to verify the accuracy of the information.
- The company will then advise TransUnion whether any changes should be made to the information.
- Upon conclusion, usually within 30 days of the date we receive your request, a report reflecting the results of the investigation will be mailed to you via first-class U.S. mail. Please allow 3-5 business days for mail delivery following the completion of our investigation.

## Step 1 - Enter Personal Information
Please enter the following required information:

_David Hough_
Name _____    File Number (FIN) _____

Other Name(s) _____

_6210 N. 77th Dr_
Address

_Glendale, AZ  85303_

_(602) 487-5293   City of Phoenix_
Telephone Number(s)                     Employer

_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   09/24/79_
Social Security Number        Date of Birth (mm/dd/yy)

Driver's License Number _____

## Step 2 - Enter Investigation Details
Please provide details on why items on your credit report may be inaccurate. Use additional space on the back of the page if necessary.

| _LVNV Funding, LLC_ | _Litton Loan Servicing_ |
|---|---|
| Company Name: | Company Name: |
| _10000141601090XXXX_ | _1045XXXX_ |
| Account #: | Account #: |

**This information is inaccurate because:**

| | |
|---|---|
| ☐ This is not my account | ☐ This is not my account |
| ☐ I have never paid late | ☐ I have never paid late |
| ☐ This account is in bankruptcy | ☐ This account is in bankruptcy |
| ☐ This account is closed | ☐ This account is closed |
| ☐ I have paid this account in full | ☐ I have paid this account in full |
| ☐ I paid this before it went to collection or before it was charged off | ☐ I paid this before it went to collection or before it was charged off |
| ☒ Other:  See letter dated 10/28/13 | ☒ Other:  See letter dated 10/28/13 |



TransUnion

## Request for Investigation

**Bank of America, N.A.**
Company Name:

**15631XXXX**
Account #:

This information is inaccurate because:

☐ This is not my account
☐ I have never paid late
☐ This account is in bankruptcy
☐ This account is closed
☐ I have paid this account in full
☐ I paid this before it went to collection or
  before it was charged off
☒ Other: __See letter dated 10/28/13__

**JPMorgan Chase Bank**
Company Name:

**41601090XXXX**
Account #:

This information is inaccurate because:

☐ This is not my account
☐ I have never paid late
☐ This account is in bankruptcy
☐ This account is closed
☐ I have paid this account in full
☐ I paid this before it went to collection or
  before it was charged off
☒ Other: __See letter dated 10/28/13__

**Step 3 - Enter Previous Address/Employer Corrections and Additional Comments (Optional)**
Please use this space for corrections to your previous address information, corrections to your previous employer information and for additional comments.

__See letter dated October 28, 2013 from Davis Miles McGuire Gardner, PLLC__

Signature: _Dav Hal_

**Step 4 - Return this form to:**
TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000

Trans**Union**

## Request for Investigation

**Your options for requesting an investigation**
- Initiate an investigation at  https://dispute.transunion.com,  or
- Complete and return this form to the address at the end of this form

*Once you submit your dispute:*
- TransUnion will contact the company that provided the information (lender or public record source) with a request to verify the accuracy of the information.
- The company will then advise TransUnion whether any changes should be made to the information.
- Upon conclusion, usually within 30 days of the date we receive your request, a report reflecting the results of the investigation will be mailed to you via first-class U.S. mail. Please allow 3-5 business days for mail delivery following the completion of our investigation.

**Step 1 - Enter Personal Information**
Please enter the following required information:

Monica Quintana Hough
Name _____    File Number (FIN) _____

Other Name(s) _____

6210 N. 77th Dr
Address

Gln, AZ 85303

(623) 205-3246      City of Phoenix
Telephone Number(s)      Employer

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   09/01/81
Social Security Number      Date of Birth (mm/dd/yy)

Driver's License Number _____

**Step 2 - Enter Investigation Details**
Please provide details on why items on your credit report may be inaccurate. Use additional space on the back of the page if necessary.

| LVNV Funding. LLC | Litton Loan Servicing |
|---|---|
| Company Name: | Company Name: |
| **10000141601090XXXX** | **10045XXXX** |
| Account #: | Account #: |

| This information is inaccurate because: | This information is inaccurate because: |
|---|---|
| ☐ This is not my account | ☐ This is not my account |
| ☐ I have never paid late | ☐ I have never paid late |
| ☐ This account is in bankruptcy | ☐ This account is in bankruptcy |
| ☐ This account is closed | ☐ This account is closed |
| ☐ I have paid this account in full | ☐ I have paid this account in full |
| ☐ I paid this before it went to collection or before it was charged off | ☐ I paid this before it went to collection or before it was charged off |
| ☒ Other:   See letter dated 10/28/13 | ☒ Other:   See letter dated 10/28/13 |



TransUnion

## Request for Investigation

**Bank of America, N.A.**
Company Name:
__15631XXXXX__
Account #:

This information is inaccurate because:
- ☐ this is not my account
- ☐ I have never paid late
- ☐ This account is in bankruptcy
- ☐ This account is closed
- ☐ I have paid this account in full
- ☐ I paid this before it went to collection or before it was charged off
- ☒ Other:  See letter dated 10/28/13

**JPMorgan Chase Bank, N.A.**
Company Name:
__41601090XXXX__
Account #:

This information is inaccurate because:
- ☐ This is not my account
- ☐ I have never paid late
- ☐ This account is in bankruptcy
- ☐ This account is closed
- ☐ I have paid this account in full
- ☐ I paid this before it went to collection or before it was charged off
- ☒ Other:  See letter dated 10/28/13

**Step 3 - Enter Previous Address/Employer Corrections and Additional Comments (Optional)**
Please use this space for corrections to your previous address information, corrections to your previous employer information and for additional comments.

See letter dated October 28, 2013 from Davis Miles McGuire Gardner, PLLC

Signature: _Monica  Quintana- Hough_

**Step 4 - Return this form to:**
TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000

**TransUnion**

ARS TITLE PAGE    NEXT DOCUMENT   PREVIOUS DOCUMENT

**33-814.** Action to recover balance after sale or foreclosure on property under trust deed

A. Except as provided in subsections F and G of this section, within ninety days after the date of sale of trust property under a trust deed pursuant to section 33-807, an action may be maintained to recover a deficiency judgment against any person directly, indirectly or contingently liable on the contract for which the trust deed was given as security including any guarantor of or surety for the contract and any partner of a trustor or other obligor which is a partnership. In any such action against such a person, the deficiency judgment shall be for an amount equal to the sum of the total amount owed the beneficiary as of the date of the sale, as determined by the court less the fair market value of the trust property on the date of the sale as determined by the court or the sale price at the trustee's sale, whichever is higher. A written application for determination of the fair market value of the real property may be filed by a judgment debtor with the court in the action for a deficiency judgment or in any other action on the contract which has been maintained. Notice of the filing of an application and the hearing shall be given to all parties to the action. The fair market value shall be determined by the court at a priority hearing upon such evidence as the court may allow. The court shall issue an order crediting the amount due on the judgment with the greater of the sales price or the fair market value of the real property. For the purposes of this subsection, "fair market value" means the most probable price, as of the date of the execution sale, in cash, or in terms equivalent to cash, or in other precisely revealed terms, after deduction of prior liens and encumbrances with interest to the date of sale, for which the real property or interest therein would sell after reasonable exposure in the market under conditions requisite to fair sale, with the buyer and seller each acting prudently, knowledgeably and for self-interest, and assuming that neither is under duress. Any deficiency judgment recovered shall include interest on the amount of the deficiency from the date of the sale at the rate provided in the deed of trust or in any of the contracts evidencing the debt, together with any costs and disbursements of the action.

B. If a trustee's sale is a sale of less than all of the trust property or is a sale pursuant to one of two or more trust deeds securing the same obligation, the ninety day time limitations of subsection A of this section shall begin on either the date of the trustee's sale of the last of the trust property to be sold or the date of sale under the last trust deed securing the obligation, whichever occurs last.

C. The obligation of a person who is not a trustor to pay, satisfy or purchase all or a part of the balance due on a contract secured by a trust deed may be enforced, if the person has so agreed, in an action regardless of whether a trustee's sale is held. If, however, a trustee's sale is held, the liability of a person who is not a trustor for the deficiency is determined pursuant to subsection A of this section and any judgment for the deficiency against the person shall be reduced in accordance with subsection A of this section. If any such action is commenced after a trustee's sale has been held, it is subject, in addition, to the ninety day time limitations of subsections A and B of this section.

D. If no action is maintained for a deficiency judgment within the time period prescribed in subsections A and B of this section, the proceeds of the sale, regardless of amount, shall be deemed to be in full satisfaction of the obligation and no right to recover a deficiency in any action shall exist.

E. Except as provided in subsection F of this section, the provisions of this chapter do not preclude a beneficiary from foreclosing a deed of trust in the same manner as a real property mortgage. In an action for the foreclosure of a deed of trust as a real property mortgage the provisions of chapter 6, article 2 of this title are applicable.

F. A deed of trust may, by express language, validly prohibit the recovery of any balance due after trust property is sold pursuant to the trustee's power of sale, or the trust deed is foreclosed in the manner provided by law for the foreclosure of mortgages on real property.

G. If trust property of two and one-half acres or less which is limited to and utilized for either a single one-family or a single two-family dwelling is sold pursuant to the trustee's power of sale, no action may be maintained to recover any difference between the amount obtained by sale and the amount of the indebtedness and any interest, costs and expenses.

8/22/13                                        IDProtect

# Three Bureau Credit Report

**Reference #:** M168470926                    **Original Report Date:** 08/22/2013

**Prepared for:** DAVID HOUGH

## Personal Profile

Below is your personal information as it appears in your credit file. This information includes your legal name, current and previous addresses, employment information and other details.

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **Name:** | DAVID HOUGH | DAVID E HOUGH | DAVID HOUGH |
| **Also Known As:** | DAVID E HOUGH | | DAVID E HOUGH HUFF,DAVID |
| **Date of Birth:** | | | |
| **Address(es):** | 07/2012 6210 N 77TH DR GLENDALE, AZ 85303-4256 | 09/2012 6210 N 77TH DR GLENDALE, AZ 85303 | 07/2012 6210 N 77TH DR GLENDALE, AZ 85303 |
| | 07/2011 6201 N 77TH DR GLENDALE, AZ 85303-4256 | 05/2007 4730 N 111TH LN PHOENIX, AZ 85037 | 05/2007 4730 N 111TH LN PHOENIX, AZ 85037 |
| | 03/2011 PO BOX 23179 PHOENIX, AZ 85063-3179 | 01/2012 7615 W CINNABAR AVE PEORIA, AZ 85345 | 7615 W CINNABAR AV PEORIA, AZ 85345 |
| **Current Employer:** | CITY OF PHOENIX | UPS | H M PAINTING |
| **Previous Employer(s):** | H AND M PAINTING | | DYSART HIGH SCHOOL |
| **Consumer Comments:** | | | |
| **Fraud Alert:** | | | |

8/22/13                                          IDProtect

## Credit Score

Your Credit Score is a representation of your overall credit health. Most lenders utilize some form of credit scoring to help determine your credit worthiness.

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| **Credit Score:** | 636 | | |

**Score Rank:**

Very Good — 848
Good — 718
— 622
Fair
— 547
Poor — 473
Very Poor — 352

| **Lender Rank:** | Good |
|---|---|
| **Score Scale:** | 352-848 |

### Risk Factors

| Experian | **Collection amounts ever owed are too high.** The total amount of debt in the 2 account(s) that have been turned over to collection is considered excessive and is impacting your credit score. |
|---|---|
| | **Months since most recent delinquency.** Your most recent delinquency was reported 12 month(s) ago on your ARIZONA PUBLIC SERVICE account. |
| | **Too many recent collection inquiries.** Your credit report contains 1 collection inquiry(s) in the past 24 months. |
| | **Too many active accounts with balance.** Your credit report reflects 2 account(s) with balances that are considered active. |

Confidential Credit Smart Score (Smart Score) is provided solely as a tool to assist you in better understanding how lenders evaluate your credit reports. The score is for educational purposes only, and does not qualify you for any loan. Your lender may use a scoring model that differs from the one used by Smart Score. As a result, your Smart Score and the factors we have identified as contributing to your Smart Score may vary from the score produced by your lender's scoring model and the score factors identified by that model. In addition, a credit score is only one of many factors used by a lender in underwriting loans, and such other factors may affect a lender's credit decision. Each lender has its own underwriting criteria, and the weight given to a particular credit score by lenders may differ.

The explanatory materials accompanying your Smart Score are not intended to be a "quick fix" for improving your credit score. Since under most scoring models, in order to improve your credit score, you must concentrate on paying your bills on time, paying down outstanding balances, maintaining the proper amount and mix of debt, and developing a consistent track-record of being able to handle your accounts over a significant period of time, it is likely to take some time to meaningfully improve your credit score. Moreover, the operation of the factors used credit scores is complex, and a change intended to improve a specific factor may backfire and result in an overall decline the score. For example, while opening new accounts may improve a person's debt mix, it may also lower the average account age and increase the amount of debt owed resulting in an overall lower credit score.

The explanatory materials are general in nature, and should not be construed as advice in handling your financial problems or making financial decisions. If you are having trouble paying your bills, you should contact a non-profit or other legitimate credit counselor. Rather, the explanatory materials have been provided solely to help you understand how specific features in your credit report are reflected in your Smart Score. Therefore, you should use the materials for educational purposes only.

8/22/13                                        IDProtect

**Credit Summary**

Below is an overview of your present and past credit status including open/closed accounts and balance information.

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| **REAL ESTATE ACCOUNTS** | | | |
| Count: | 13 | 9 | 12 |
| Balance: | $0 | $0 | $57,806 |
| Payments: | $0 | $0 | $0 |
| Open: | 0 | 0 | 1 |
| Closed: | 13 | 9 | 11 |
| Deferred/Unknown: | 0 | 0 | 0 |
| **REVOLVING ACCOUNTS** | | | |
| Count: | 12 | 9 | 8 |
| Balance: | $880 | $880 | $880 |
| Payments: | $40 | $39 | $15 |
| Open: | 4 | 6 | 2 |
| Closed: | 8 | 3 | 5 |
| Deferred/Unknown: | 0 | 0 | 1 |
| **INSTALLMENT ACCOUNTS** | | | |
| Count: | 16 | 17 | 16 |
| Balance: | $12,586 | $12,586 | $17,343 |
| Payments: | $232 | $232 | $573 |
| Open: | 1 | 1 | 3 |
| Closed: | 15 | 16 | 13 |
| Deferred/Unknown: | 0 | 0 | 0 |
| **OTHER ACCOUNTS** | | | |
| Count: | 1 | 0 | 3 |
| Balance: | $0 | $0 | $138 |
| Payments: | $0 | $0 | $0 |
| Open: | 0 | 0 | 1 |
| Closed: | 1 | 0 | 2 |
| Deferred/Unknown: | 0 | 0 | 0 |
| **DEROGATORY INFORMATION** | | | |
| Inquiries: | 9 | 5 | 3 |
| Public Records: | 0 | 0 | 0 |
| Collections Accounts: | 2 | 1 | 2 |
| Current Delinquencies: | 10 | 8 | 9 |
| Prior Delinquencies: | 4 | 4 | 4 |

**Account History**

8/22/13                                              IDProtect

Information on accounts you have opened in the past is displayed below.

LEGEND

| OK | Current | 120 | 120 Days Late |
|---|---|---|---|
| ND | No Data Provided* | 150 | 150 Days Late |
| 30 | 30 Days Late | 180 | 180 Days Late |
| 60 | 60 Days Late | CO | Chargeoff or Collection |
| 90 | 90 Days Late | RF | Repossession or Foreclosure |
| | | PP | Payment Plan |

***Sometimes the credit bureaus do not have information from a particular month on file.**

8/22/13 IDProtect



IDProtect



8/22/13                                    IDProtect



IDProtect

CREDIT GRANTOR                              grantor



8/22/13                                           IDProtect





IDProtect



8/22/13                                                    IDProtect



IDProtect



8/22/13                                        IDProtect





8/22/13                                                    IDProtect



8/22/13
IDProtect



IDProtect



IDProtect



8/22/13                                    IDProtect



### BANK OF AMERICA, N.A.

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | BANK OF AMERICA, N.A. | BK OF AMER | BK OF AMER |
| Account Number: | 15631XXXX | 15631XXXX | 15631XXXX |
| Account Type : | Real Estate | Real Estate | Real Estate |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Paid | Paid | UnPaid |
| Monthly Payment: | - | $0 | - |
| Date Opened: | 12/2006 | 12/2006 | 12/2006 |
| Balance: | $0 | $0 | $57,806 |
| No. of Months (Terms): | 180 | - | 180 |
| High Credit: | $58,000 | $58,000 | $58,000 |
| Credit Limit: | - | - | - |
| Past Due: | $0 | $0 | $0 |
| Payment Status: | Chargeoff or Collection | Chargeoff or Collection | Chargeoff or Collection |
| Last Reported: | 08/2008 | 12/2011 | 08/2008 |
| Comments: |  | CHARGED OFF ACCOUNT | Second Mortgage |

### 24-Month Payment History

| Month: | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year: | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Experian: |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Equifax: | CO | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| TransUnion: |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

IDProtect



CITIMORTGAGE INC

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | CITIMORTGAGE INC | CITIMORTGE | CITIMORTGAGE |
| Account Number: | 77127XXXX | 77127XXXX | 77127XXXX |
| Account Type : | Real Estate | Installment | Real Estate |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Paid | Paid | Paid |
| Monthly Payment: | - | $570 | $570 |
| Date Opened: | 08/2006 | 08/2006 | 08/2006 |
| Balance: | $0 | $0 | $0 |
| No. of Months (Terms): | 180 | - | 180 |
| High Credit: | $58,000 | $58,000 | $58,000 |
| Credit Limit: | - | - | - |
| Past Due: | $0 | $0 | $0 |
| Payment Status: | Chargeoff or Collection | Chargeoff or Collection | Chargeoff or Collection |
| Last Reported: | 09/2008 | 12/2011 | 08/2008 |
| Comments: | Account information disputed by customer | CHARGED OFF ACCOUNT | Account information disputed by consumer |

24-Month Payment History

| Month: | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year: | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | |

8/22/13                                                    IDProtect

Equifax:
TransUnion:

**JPM CHASE**

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | CHASE | JPM CHASE | CHASE |
| Account Number: | 41601090XXXX | 41601090XXXX | 4160XXXX |
| Account Type : | Revolving | Revolving | Line of Credit |
| Bureau Code: | Joint | Joint | Joint |
| Account Status: | Transferred | Transferred | Transferred |
| Monthly Payment: | - | $380 | - |
| Date Opened: | 04/2007 | 04/2007 | 04/2007 |
| Balance: | - | $0 | $0 |
| No. of Months (Terms): | - | | - |
| High Credit: | - | $55,000 | $54,175 |
| Credit Limit: | $55,000 | - | $55,000 |
| Past Due: | - | - | $0 |
| Payment Status: | Chargeoff or Collection | Chargeoff or Collection | Chargeoff or Collection |

8/22/13                                        IDProtect

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Last Reported: | 10/2011 | 12/2011 | 10/2011 |
| Comments: | | ACCOUNT TRANSFERRED OR SOLD | Transfer |

### 24-Month Payment History

| Month: | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year: | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Experian: | | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Equifax: | CO | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

## CHASE

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | CHASE | CHASE | CHASE |
| Account Number: | 589002197XXXX | 589002197XXXX | 589002197XXXX |
| Account Type : | Real Estate | Real Estate | Real Estate |
| Bureau Code: | Joint | Joint | Joint |
| Account Status: | Transferred | Transferred | Transferred |
| Monthly Payment: | - | $560 | $560 |
| Date Opened: | 03/2007 | 03/2007 | 03/2007 |
| Balance: | - | $0 | $0 |
| No. of Months (Terms): | 180 | - | 180 |
| High Credit: | $51,497 | $51,497 | $51,497 |
| Credit Limit: | | - | - |
| Past Due: | - | $0 | $0 |
| Payment Status: | No Data Provided | Current | Current |
| Last Reported: | 07/2010 | 12/2011 | 07/2010 |
| Comments: | | ACCOUNT TRANSFERRED OR SOLD | Transferred to another lender |

### 24-Month Payment History

| Month: | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year: | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 09 | 09 | 09 | 09 | 09 | 09 | 09 | 09 | 09 | 09 | 09 | 08 | 08 | 08 | 08 | 08 |
| Experian: | ND | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 150 | 120 | 90 | 90 | 60 | 30 | OK | 30 | 30 | |
| Equifax: | | | | | | | | | | | | | | | | | | 90 | 60 | 30 | | | | |
| TransUnion: | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 90 | 60 | 60 | 30 | OK | 30 | 30 | | | |

## AVELO MORTGAGE

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | AVELO MORTGAGE | | |
| Account Number: | 10045XXXX | | |
| Account Type : | Real Estate | | |
| Bureau Code: | Individual | | |
| Account Status: | Transferred | | |
| Monthly Payment: | - | | |

8/22/13

IDProtect

| | |
|---|---|
| Date Opened: | 09/2006 |
| Balance: | - |
| No. of Months (Terms): | 360 |
| High Credit: | $232,000 |
| Credit Limit: | - |
| Past Due: | - |
| Payment Status: | Repossession or Foreclosure |
| Last Reported: | 06/2008 |
| Comments: | Account transferred to another lender |

24-Month Payment History

| Month: | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year: | 08 | 08 | 08 | 08 | 08 | 08 | 07 | 07 | 07 | 07 | 07 | 07 | 07 | 07 | 07 | 07 | 07 | 07 | 06 | 06 | 06 | 06 | 06 | 06 |
| Experian: | ND | RF | RF | 90 | 30 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | |
| Equifax: | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

8/22/13                                           IDProtect

ONEWEST BANK

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | ONEWEST BANK | INDYMAC BK | ONEWEST BANK |
| Account Number: | 668300269XXXX | 668300269XXXX | 668300269XXXX |
| Account Type : | Real Estate | Real Estate | Real Estate |
| Bureau Code: | Joint | Joint | Joint |
| Account Status: | Closed | Closed | Closed |
| Monthly Payment: | - | $1,405 | $1,405 |
| Date Opened: | 03/2007 | 03/2007 | 03/2007 |
| Balance: | - | $0 | $0 |
| No. of Months (Terms): | 360 | - | 360 |
| High Credit: | $205,988 | $205,988 | $205,988 |
| Credit Limit: | - |  | - |
| Past Due: | - |  | $0 |
| Payment Status: | Repossession or Foreclosure | Repossession or Foreclosure | Repossession or Foreclosure |
| Last Reported: | 10/2011 | 10/2011 | 09/2011 |
| Comments: | Foreclosure proceedings started | FORECLOSURE PROCESS STARTED | Foreclosure redeemed |

24-Month Payment History

| Month: | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year: | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 09 | 09 |
| Experian: | RF | RF | RF | RF | RF | RF | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 |
| Equifax: | RF | RF | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |
| TransUnion: | | RF | ND | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 130 | 120 |

BANK OF AMERICA, N.A.

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | BANK OF AMERICA, N.A. | BK OF AMER | BK OF AMER |
| Account Number: | 15631XXXX | 15631XXXX | 15631XXXX |
| Account Type : | Real Estate | Real Estate | Real Estate |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Closed | Closed | Closed |
| Monthly Payment: | - | $1,604 | $1,604 |
| Date Opened: | 12/2006 | 12/2006 | 12/2006 |
| Balance: | - | $0 | $0 |
| No. of Months (Terms): | 360 | - | 360 |
| High Credit: | $232,000 | $232,000 | $232,000 |
| Credit Limit: | - |  | - |
| Past Due: | - | - | $0 |
| Payment Status: | Repossession or Foreclosure | Repossession or Foreclosure | Repossession or Foreclosure |
| Last Reported: | 08/2008 | 08/2008 | 08/2008 |

8/22/13                                      IDProtect

| Comments: | | FORECLOSURE | Foreclosure redeemed |
|---|---|---|---|

**24-Month Payment History**

| Month: | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year: | 08 | 08 | 08 | 08 | 08 | 08 | 08 | 07 | 07 | 07 | 07 | 07 | 07 | 07 | 07 | 07 | 07 | 07 | 07 | 06 | 06 | 06 | 05 | 05 |
| Experian: | RF | 180 | 180 | 150 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | |
| Equifax: | RF | 120 | 120 | 120 | 130 | 90 | 60 | 30 | | | | | | | | | | | | | | | | |
| TransUnion: | RF | 120 | 120 | 120 | 90 | 60 | 60 | 30 | OK | OK | OK | OK | OK | OK | | | | | | | | | | |

## LITTON LOAN

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | | LITONMTGSV | LITTON LOAN |
| Account Number: | | 10045XXXX | 10045XXXX |
| Account Type : | | Real Estate | Real Estate |
| Bureau Code: | | Individual | Individual |
| Account Status: | | Closed | Closed |
| Monthly Payment: | | $1,487 | $1,487 |
| Date Opened: | | 09/2006 | 09/2006 |
| Balance: | | $0 | $0 |
| No. of Months (Terms): | | - | 360 |
| High Credit: | | $232,000 | $232,000 |
| Credit Limit: | | - | - |
| Past Due: | | - | $0 |
| Payment Status: | | Repossession or Foreclosure | Repossession or Foreclosure |
| Last Reported: | | 12/2011 | 04/2009 |
| Comments: | | FORECLOSURE | Foreclosure redeemed |

**24-Month Payment History**

| Month: | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year: | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | RF | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

## LITTON LOAN SERVICING

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | LITTON LOAN SERVICING | | |
| Account Number: | 10045XXXX | | |
| Account Type : | Real Estate | | |
| Bureau Code: | Individual | | |
| Account Status: | Closed | | |
| Monthly Payment: | - | | |
| Date Opened: | 09/2006 | | |
| Balance: | - | | |

8/22/13                                                      IDProtect

| | |
|---|---|
| No. of Months (Terms): | 360 |
| High Credit: | $232,000 |
| Credit Limit: | |
| Past Due: | $2,564 |
| Payment Status: | Repossession or Foreclosure |
| Last Reported: | 04/2009 |
| Comments: | |

**24-Month Payment History**

| Month: | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year: | 09 | 09 | 09 | 09 | 08 | 08 | 08 | 08 | 08 | 08 | 08 | 08 | 08 | 08 | 08 | 08 | 07 | 07 | 07 | 07 | 07 | 07 | 07 | 07 |
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

8/22/13 IDProtect



TransUnion:

AURORA BANK FSB

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | AURORA BANK FSB | AURORABANK | AURORA BANK |
| Account Number: | 364003160XXXX | 364003160XXXX | 364003160XXXX |
| Account Type : | Real Estate | Real Estate | Real Estate |
| Bureau Code: | Joint | Joint | Joint |
| Account Status: | Closed | Closed | Closed |
| Monthly Payment: | - | $1,087 | $1,087 |
| Date Opened: | 09/2005 | 09/2005 | 09/2005 |
| Balance: | - | $0 | $0 |
| No. of Months (Terms): | 360 | - | 360 |
| High Credit: | $172,000 | $172,000 | $172,000 |
| Credit Limit: | - | - | - |
| Past Due: | - | - | $0 |
| Payment Status: | Repossession or Foreclosure | Repossession or Foreclosure | Repossession or Foreclosure |
| Last Reported: | 07/2009 | 12/2011 | 07/2009 |
| Comments: | Foreclosure proceedings started | FORECLOSURE PROCESS STARTED | Foreclosure redeemed |

**24-Month Payment History**

Month: | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan

8/22/13                                              IDProtect

| Year: | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Experian:** | | | | | | | | | | | | | | | | |
| **Equifax:** | RF | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| **TransUnion:** | | | | | | | | | | | | | | | | |

## LVNV FUNDING LLC

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| **Account Name:** | LVNV FUNDING LLC | LVNVFUNDG | LVNV FUNDING |
| **Account Number:** | 10000141601090XXXX | 10000141601090XXXX | 1000014160XXXX |
| **Account Type :** | Open | Open | Open |
| **Bureau Code:** | Individual | Individual | Individual |
| **Account Status:** |  | - | - |
| **Monthly Payment:** | - | - | - |
| **Date Opened:** |  |  |  |
| **Balance:** | $68,096 | $68,096 | $68,096 |
| **No. of Months (Terms):** | - | - | - |
| **High Credit:** |  | $66,439 | $66,439 |
| **Credit Limit:** | - |  | - |
| **Past Due:** | $68,096 | $68,096 | $65,000 |
| **Payment Status:** | Chargeoff or Collection | Chargeoff or Collection | Chargeoff or Collection |
| **Last Reported:** | 07/2013 | 08/2013 | 08/2013 |
| **Comments:** |  |  | - |

### 24-Month Payment History

| Month: | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Year:** | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 11 | 11 | 11 | 11 |
| **Experian:** | | | | | | | | | | | | | | | | | | | | | | | | |
| **Equifax:** | | | | | | | | | | | | | | | | | | | | | | | | |
| **TransUnion:** | | | | | | | | | | | | | | | | | | | | | | | | |

IDProtect



8/22/13                                                            IDProtect



8/22/13                                                    IDProtect



## Credit Inquiries

Below are the names of people and/or organizations who have obtained a copy of your credit report. Inquiries such as these can remain on your credit file for up to two years.

| Experian | Equifax | Trans Union |
|----------|---------|-------------|



IDProtect



8/22/13                                                      IDProtect



## Public Records

 An overview of your public records is listed below. These records can include details of bankruptcy filings, court records, tax liens, and other monetary judgments.

| Experian | Equifax | Trans Union |
|---|---|---|
| No Activity Reported | | No Activity Reported |

## SUMMARY OF RIGHTS ⊟

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.
- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

8/22/13                                                             IDProtect

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identify theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.
- In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.
- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.
- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.
- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need - usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.
- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.
- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. <br><br> b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau 1700 G Street NW Washington, DC 20552 <br><br> b. Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in Item 1 above: | a. Office of the Comptroller of the Currency Customer |

8/22/13                                                    IDProtect

| | |
|---|---|
| a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act. | b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | d. National Credit Union Administration Office of Consumer Protection (OCP) Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air Carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, D.C. 20416 |
| 5. Creditors Subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission:<br>Consumer Response Center - FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

8/22/13                                      IDProtect

# Three Bureau Credit Report

**Reference #:** M168470967                    **Original Report Date:** 08/22/2013

**Prepared for:** Monica r Quintana-Hough

## Personal Profile

Below is your personal information as it appears in your credit file. This information includes your legal name, current and previous addresses, employment information and other details.

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| Name: | MONICA R QUINTANA-HOUGH | MONICA R HOUGH | MONICA R QUINTANA-HOUGH |
| Also Known As: | MONICA R HOUGH HOUGH MONICA QUINTANA | MONICA QUINTANA HOUGH MONICA R QUINTANA | MONICA RQUINTANA QUINTANAHOUGH HOUGH,MONICA,RQUINTANAHOU HOUGH,MONICA,RQUINTANA OQINTANA,MONICA,R |
| Date of Birth: |  |  |  |
| Address(es): | 09/2011 6210 N 77TH DR GLENDALE, AZ 85303-4256 | 09/2011 6210 N 77TH DR GLENDALE, AZ 85303 | 08/2011 6210 N 77TH DR GLENDALE, AZ 85303 |
|  | 05/2007 4730 N 111TH LN PHOENIX, AZ 85037-8336 | 04/2011 PO BOX 23179 PHOENIX, AZ 85063 | 04/2011 23179 PO BOX 23179 PHOENIX, AZ 85063 |
|  | 04/2011 PO BOX 23179 PHOENIX, AZ 85063-3179 | 05/2007 4730 N 111TH LN PHOENIX, AZ 85037 | 4730 N 111TH LN PHOENIX, AZ 85037 |
| Current Employer: | PHOENIX FIRE DEPT | - | PHOENIX FIRE DEPT |
| Previous Employer(s): | CITY OF PEORIA | - | CITY OF PHX FIRE DEPT |
| Consumer Comments: |  | - | - |
| Fraud Alert: | - | - | - |

8/22/13                                                                                            IDProtect

## Credit Score

Your Credit Score is a representation of your overall credit health. Most lenders utilize some form of credit scoring to help determine your credit worthiness.



|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| Credit Score: | 676 |  |  |

Score Rank:

- 848
- **Very Good**
- 718
- **Good**
- 622
- **Fair**
- 547
- **Poor**
- 473
- **Very Poor**
- 352

| Lender Rank: | Good |
|---|---|
| Score Scale: | 352-848 |

### Risk Factors

| | |
|---|---|
| **Experian:** | **Months since most recent delinquency.** Your most recent delinquency was reported 22 month(s) ago on your ONEWEST BANK account. |
| | **Too many recent collection inquiries.** Your credit report contains 1 collection inquiry(s) in the past 24 months. |
| | **Too many mortgage delinquencies.** Your credit report shows 49 delinquency(s) on mortgage accounts. |
| | **Too few retail accounts.** Your credit report contains 3 retail account(s). |

Confidential Credit Smart Score (Smart Score) is provided solely as a tool to assist you in better understanding how lenders evaluate your credit reports. The score is for educational purposes only, and does not qualify you for any loan. Your lender may use a scoring model that differs from the one used by Smart Score. As a result, your Smart Score and the factors we have identified as contributing to your Smart Score may vary from the score produced by your lender's scoring model and the score factors identified by that model. In addition, a credit score is only one of many factors used by a lender in underwriting loans, and such other factors may affect a lender's credit decision. Each lender has its own underwriting criteria, and the weight given to a particular credit score by lenders may differ.

The explanatory materials accompanying your Smart Score are not intended to be a "quick fix" for improving your credit score. Since under most scoring models, in order to improve your credit score, you must concentrate on paying your bills on time, paying down outstanding balances, maintaining the proper amount and mix of debt, and developing a consistent track-record of being able to handle your accounts over a significant period of time, it is likely to take some time to meaningfully improve your credit score. Moreover, the operation of the factors used credit scores is complex, and a change intended to improve a specific factor may backfire and result in an overall decline the score. For example, while opening new accounts may improve a person's debt mix, it may also lower the average account age and increase the amount of debt owed resulting in an overall lower credit score.

The explanatory materials are general in nature, and should not be construed as advice in handling your financial problems or making financial decisions. If you are having trouble paying your bills, you should contact a non-profit or other legitimate credit counselor. Rather, the explanatory materials have been provided solely to help you understand how specific features in your credit report are reflected in your Smart Score. Therefore, you should use the materials for educational purposes only.

8/22/13                                        IDProtect

**Account History**

Information on accounts you have opened in the past is displayed below.

8/22/13                                           IDProtect

| LEGEND | | | |
|--------|---------------------|-----|------------------------------|
| OK     | Current             | 120 | 120 Days Late                |
| ND     | No Data Provided*    | 150 | 150 Days Late                |
| 30     | 30 Days Late        | 180 | 180 Days Late                |
| 60     | 60 Days Late        | CO  | Chargeoff or Collection      |
| 90     | 90 Days Late        | RF  | Repossession or Foreclosure  |
|        |                     | PP  | Payment Plan                 |

*Sometimes the credit bureaus do not have information from a particular month on file.

8/22/13                                          IDProtect

IDProtect

8/22/13                                            IDProtect

IDProtect

IDProtect

8/22/13                                          IDProtect

8/22/13                                    IDProtect

IDProtect

8/22/13                                        IDProtect

8/22/13                                              IDProtect

JPM CHASE

| | Experian | Equifax | Trans Union |
|---|---|---|---|
| Account Name: | CHASE | JPM CHASE | CHASE |
| Account Number: | 41601090XXXX | 41601090XXXX | 4160XXXX |

8/22/13                                                    IDProtect

| Account Type : | Revolving | Revolving | Line of Credit |
|---|---|---|---|
| Bureau Code: | Joint | Joint | Joint |
| Account Status: | Transferred | Transferred | Transferred |
| Monthly Payment: | . | $380 | . |
| Date Opened: | 04/2007 | 04/2007 | 04/2007 |
| Balance: | . | $0 | $0 |
| No. of Months (Terms): | . | . | . . |
| High Credit: | . | $55,000 | $54,175 |
| Credit Limit: | $55,000 | . | $55,000 |
| Past Due: | . | . | $0 |
| Payment Status: | Chargeoff or Collection | Chargeoff or Collection | Chargeoff or Collection |
| Last Reported: | 10/2011 | 12/2011 | 10/2011 |
| Comments: | | ACCOUNT TRANSFERRED OR SOLD | Transfer |

**24-Month Payment History**

| Month: | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jan | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year: | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Experian: | | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Equifax: | CO | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

8/22/13                                        IDProtect

8/22/13                                             IDProtect

## ONEWEST BANK

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | ONEWEST BANK | INDYMAC BK | ONEWEST BANK |
| Account Number: | 668300269XXXX | 668300269XXXX | 668300269XXXX |
| Account Type : | Real Estate | Real Estate | Real Estate |
| Bureau Code: | Joint | Joint | Joint |
| Account Status: | Closed | Closed | Closed |
| Monthly Payment: | | $1,405 | $1,405 |
| Date Opened: | 03/2007 | 03/2007 | 03/2007 |
| Balance: | - | $0 | $0 |
| No. of Months (Terms): | 360 | - | 360 |
| High Credit: | $205,988 | $205,988 | $205,988 |
| Credit Limit: | | - | - |
| Past Due: | - | - | $0 |
| Payment Status: | Repossession or Foreclosure | Repossession or Foreclosure | Repossession or Foreclosure |
| Last Reported: | 10/2011 | 10/2011 | 09/2011 |
| Comments: | Foreclosure proceedings started | FORECLOSURE PROCESS STARTED | Foreclosure redeemed |

### 24-Month Payment History

| Month: | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year: | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 09 | 09 |
| Experian: | RF | RF | RF | RF | RF | RF | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 |
| Equifax: | RF | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |
| TransUnion: | | RF | ND | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

## AURORA BANK FSB

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | AURORA BANK FSB | AURORABANK | AURORA BANK |
| Account Number: | 364003160XXXX | 364003160XXXX | 364003160XXXX |
| Account Type : | Real Estate | Real Estate | Real Estate |
| Bureau Code: | Joint | Joint | Joint |
| Account Status: | Closed | Closed | Closed |
| Monthly Payment: | - | $1,087 | $1,087 |
| Date Opened: | 09/2005 | 09/2005 | 09/2005 |
| Balance: | | $0 | $0 |

8/22/13                                          IDProtect

| No. of Months (Terms): | 360 | · | 360 |
|---|---|---|---|
| High Credit: | $172,000 | $172,000 | $172,000 |
| Credit Limit: | · | | · |
| Past Due: | · | | $0 |
| Payment Status: | Repossession or Foreclosure | Repossession or Foreclosure | Repossession or Foreclosure |
| Last Reported: | 07/2009 | 07/2009 | 07/2009 |
| Comments: | Foreclosure proceedings started | FREDDIE MAC ACCOUNT | Foreclosure redeemed |

**24-Month Payment History**

| Month: | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year: | 09 | 09 | 09 | 09 | 09 | 09 | 08 | 08 | 08 | 08 | 08 | 08 | 08 | 08 | 08 | 08 | 08 | 08 | 08 | 07 | 07 | 07 | 07 | 07 |
| Experian: | RF | RF | RF | RF | RF | RF | 120 | 60 | 30 | KD | 30 | 60 | 30 | 30 | OK | OK | OK | OK | OK | OK | OK | | | |
| Equifax: | RF | 120 | 120 | 120 | 90 | 60 | 30 | KD | 30 | 60 | 30 | 30 | OK | | | | | | | | | | | |
| TransUnion: | RF | 120 | 120 | 120 | 120 | 90 | 60 | 30 | OK | 30 | 90 | 60 | 30 | 30 | OK | OK | OK | OK | OK | OK | OK | ND | OK | |

8/22/13

IDProtect

8/22/13

IDProtect

## SUMMARY OF RIGHTS ⊟

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.
- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.
- In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

8/22/13                                         IDProtect

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.
- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.
- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.
- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need - usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.
- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.
- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau 1700 G Street NW Washington, DC 20552<br><br>b. Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal | a. Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050<br><br>b. Federal Reserve Consumer Help Center P.O. Box 1200 Minneapolis, MN 55480<br><br>c. FDIC Consumer Response Center 1100 Walnut Street, Box#11 |

| | |
|---|---|
| Reserve Act. | Kansas City, MO 64106 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | d. National Credit Union Administration Office of Consumer Protection (OCP) Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air Carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, D.C. 20416 |
| 5. Creditors Subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission:<br>Consumer Response Center - FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

# Exhibit 3

# Exhibit 3

*** 316531132-006 ***
P.O. Box 2000
Chester, PA 19022-2000



11/22/2013   TransUnion.



P34PDE00201893-I012283-272408217

DAVID E. HOUGH
6210 N 77TH DR
GLENDALE, AZ 85303-4256

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| BAC HOME LOANS SERV LP<br>4161 PIEDMONT PKWY<br>GREENSBORO, NC 27410<br>(800) 451-6362 | # 15631**** | NEW INFORMATION BELOW |
| BAC HOME LOANS SERV LP<br>4161 PIEDMONT PKWY<br>GREENSBORO, NC 27410<br>(800) 451-6362 | # 15631**** | VERIFIED, NO CHANGE |
| CHASE HOME FINANCE LLC<br>P O BOX 24696<br>COLUMBUS, OH 43224<br>(800) 848-9136 | # 41601090**** | NEW INFORMATION BELOW. |

## TransUnion Personal Credit Score

DAVID E. HOUGH



**YOUR CREDIT SCORE**

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br><br>Grade<br><br>Created on<br>11/22/2013 | Unavailable<br>(See Below) | Unavailable<br>(See Below) |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 990 to 501 equaling grade ranges from A to F. | Your credit ranks higher than ~% of the nation's population. |

### Summary

You did not order a TransUnion credit score. You can purchase your credit score for $7.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

---

## Important Information concerning your TransUnion Credit Report

• For your protection, your account numbers have been partially masked, and in some cases scrambled.

**YOUR CREDIT FILE CONTAINS:**

• One or more Adverse Accounts. Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< or shading to those items in this report.

Page: 2 of 2

Consumer Credit Report for DAVID E. HOUGH                                        File Number: 314531132   Date Issued: 11/22/2013

**LVNV FUNDING LLC #10000141601090****** ( 625 Pilot Rd, Suite 2/3, Las Vegas, NV 89119, (866) 464-1183 )**

| | | | |
|---|---|---|---|
| Date Opened: | 05/09/2013 | Balance: | $69,861 | Pay Status: >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 11/13/2013 | |
| Account Type: | Open Account | High Balance: | $66,439 | |
| Loan Type: | FACTORING COMPANY ACCOUNT | Original Creditor: | JPMORGAN CHASE BANK NA (Financial) | |
| | | Past Due: | >$69,861< | |

Remarks: ACCT INFO DISPUTED BY CONSUMR; >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 09/2014

| | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 |
|---|---|---|---|---|---|
| Rating | X | COL | COL | COL | COL |

**ONEWEST BANK #668300269****** ( 6900 BEATRICE DR, KALAMAZOO, MI 49009-9559, (800) 781-7399 )**

| | | | |
|---|---|---|---|
| Date Opened: | 03/09/2007 | Balance: | $0 | Pay Status: >Account 120 Days Past Due Date< |
| Responsibility: | Joint Account | Date Updated: | 08/15/2011 | Terms: $1,405 per month, paid Monthly for 360 months |
| Account Type: | Mortgage Account | Payment Received: | $0 | Date Closed: 08/15/2011 |
| Loan Type: | CONVENTIONAL REAL ESTATE MTG | Last Payment Made: | 07/14/2010 | >Maximum Delinquency of 120 days in 02/2009 and in 08/2011< |
| | | High Balance: | $205,988 | |

Remarks: >SETTLED-LESS THAN FULL BLNC<; >ACCT PAID,FORECLSR STARTED<
Estimated month and year that this item will be removed: 09/2015

| | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | 30 |

| | 07/2008 | 06/2008 | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 | 10/2007 | 09/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

- End of investigation results -

To view a free copy of your full, updated credit file, go to our website www.transunion.com/fullreport

-End of Credit Report-