1
2
3

Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004
TELEPHONE 602.229.5200

4  Attorneys for Defendant OneWest Bank,
   National Association
5  John Maston O'Neal (#015945)
   john.oneal@quarles.com
6  Krystal Aspey Fleischmann (#026609)
   krystal.fleischmann@quarles.com
7

8              **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE DISTRICT OF ARIZONA**

10

| | |
|---|---|
| DAVID E. HOUGH and MONICA R. QUINTANA-HOUGH, husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>ONE WEST BANK, FSB; BANK OF AMERICA, N.A.; and JOHN DOES and JANE DOES I-X; WHITE PARTNERSHIPS I-X; BLACK CORPORATIONS I-X; and RED LIMITED LIABILITY COMPANIES I-X,<br><br>Defendants. | NO. 2:14-CV-00587-GMS<br><br>**STIPULATION AND JOINT MOTION TO EXTEND DEADLINE FOR ONEWEST BANK TO RESPOND TO COMPLAINT**<br><br>(Second Request) |

20   The parties, through undersigned counsel, hereby stipulate and jointly move the
21   Court to extend the deadline for Defendant OneWest Bank, National Association,
22   formerly known as OneWest Bank, FSB, to respond to Plaintiffs' Complaint by a period
23   of thirty days, through and including May 28, 2014, so that the parties may have time to
24   continue exploration of early settlement of this matter. A proposed form of order is
25   submitted herewith.
26
27
28

QB\136701.00256\26553921.1

RESPECTFULLY SUBMITTED this 22nd day of April, 2014.

>QUARLES & BRADY LLP
>Renaissance One
>Two North Central Avenue
>Phoenix, Arizona 85004
>
>By */s/ Krystal Aspey Fleischmann*
>   John Maston O'Neal
>   Krystal Aspey Fleischmann
>
>   Attorneys for Defendant OneWest Bank, National Association
>
>DAVIS MILES MCGUIRE GARDNER
>80 East Rio Salado Parkway, Suite 401
>Tempe, Arizona 85281
>
>By */s/ David W. Degnan, w/permission*
>   Christopher J. Charles
>   David W. Degnan
>
>   Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and delivered a copy of the foregoing via United States Mail to the following:

>Christopher J. Charles
>David W. Degnan
>Davis Miles McGuire Gardner
>80 East Rio Salado Parkway, Suite 401
>Tempe, Arizona 85281
>*Attorneys for Plaintiffs*

>/s/   Donna Lockwood