IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David E. Hough, Monica R. Quintana-Hough,<br><br>Plaintiffs,<br><br>v.<br><br>OneWest Bank FSB, et al.,<br><br>Defendants. | No. CV-14-00587-PHX-GMS<br><br>**ORDER** |

The Court has received Plaintiffs' Notice of Settlement and a Motion to Dismiss with prejudice (Docs. 21-22). The Court has considered Plaintiffs Motion to Dismiss with Prejudice as to LVNV Funding, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs Complaint be dismissed with Prejudice, each party to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 17th day of June, 2014.

_____
G. Murray Snow
United States District Judge